# EXHIBIT A

# 1484CV03606 Bisasor, Andre vs. Slavenskoj, Danslav et al

| | |
|---|---|
| **Case Type** Torts | **Case Status** Activity Suspended |
| **Status Date:** 09/02/2015 | **File Date** 11/18/2014 |
| **Case Judge:** | **DCM Track:** F - Fast Track |
| **Next Event:** | |

**All Information** | Party | Event | Tickler | Docket | Disposition

## Party Information

**Bisasor, Andre** - Plaintiff

| Alias | Attorney/Bar Code | Phone Number |
|---|---|---|
| | | |

More Party Information

**Slavenskoj, Danslav** - Defendant

| Alias | Attorney/Bar Code | Phone Number |
|---|---|---|
| | | |

More Party Information

**Es.com Affiliated Companies** - Defendant

| Alias | Attorney/Bar Code | Phone Number |
|---|---|---|
| | | |

More Party Information

**Harvard** - Defendant

| Alias | Attorney/Bar Code | Phone Number |
|---|---|---|
| | Coakley, Esq., John P (558685) | |
| | Coppolo, Esq., Stephen David (670342) | |
| | Mekrut, Esq., William P. (654350) | |

More Party Information

**Neugeboren, Robert H** - Defendant

| Alias | Attorney/Bar Code | Phone Number |
|---|---|---|
| | Coakley, Esq., John P (558685) | |
| | Coppolo, Esq., Stephen David (670342) | |
| | Mekrut, Esq., William P. (654350) | |

More Party Information

**Lambert, Huntington** - Defendant

| Alias | Attorney/Bar Code | Phone Number |
|---|---|---|
| | Coakley, Esq., John P (558685) | |
| | Coppolo, Esq., Stephen David (670342) | |
| | Mekrut, Esq., William P. (654350) | |

More Party Information

**Doe, Jane** - Defendant

| Alias | Attorney/Bar Code | Phone Number |
|---|---|---|
| | | |

More Party Information

**Doe, John** - Defendant

| Alias |
|---|
| |

**Shinagel, Michael** - Defendant

| Alias | Attorney/Bar Code | Phone Number |
|---|---|---|
| | Coakley, Esq., John P (558685) | |
| | Coppolo, Esq., Stephen David (670342) | |
| | Mekrut, Esq., William P. (654350) | |

More Party Information

**Harvard Extension School (as amended)** - Defendant

| Alias | Attorney/Bar Code | Phone Number |
|---|---|---|
| | Coakley, Esq., John P (558685) | |
| | Coppolo, Esq., Stephen David (670342) | |
| | Mekrut, Esq., William P. (654350) | |

More Party Information

**Andrews (as amended), Margaret C** - Defendant

| Alias | Attorney/Bar Code | Phone Number |
|---|---|---|
| | Coakley, Esq., John P (558685) | |
| | Coppolo, Esq., Stephen David (670342) | |
| | Mekrut, Esq., William P. (654350) | |

More Party Information

**Greene (as amended), Shirley R** - Defendant

| Alias | Attorney/Bar Code | Phone Number |
|---|---|---|
| | Coakley, Esq., John P (558685) | |
| | Coppolo, Esq., Stephen David (670342) | |

More Party Information

**Webb (as amended), Jennifer** - Defendant

| Alias | Attorney/Bar Code | Phone Number |
|---|---|---|
| | | |

More Party Information

**Pollock (as amended), Ashley R** - Defendant

| Alias | Attorney/Bar Code | Phone Number |
|---|---|---|
| | Dever, Esq., Joseph P (564237) | |
| | Dever, Esq., Theresa Finn (564319) | |

More Party Information

**Harding (as amended), Philip** - Defendant

| Alias | Attorney/Bar Code | Phone Number |
|---|---|---|
| | Dever, Esq., Joseph P (564237) | |

More Party Information

**Arora (as amended), Krishan** - Defendant

| Alias | Attorney/Bar Code | Phone Number |
|---|---|---|
| | Dever, Esq., Joseph P (564237) | |
| | Dever, Esq., Theresa Finn (564319) | |

More Party Information

**Vedaa (as amended), Ken** - Defendant

| Alias | Attorney/Bar Code | Phone Number |
|---|---|---|
| | | More Party Information |

**President and Fellows of Harvard College (as amended)** - Defendant

| Alias | Attorney/Bar Code | Phone Number |
|---|---|---|
| | | More Party Information |

## Events

| Date | Session | Location | Type | Event Judge | Result |
|---|---|---|---|---|---|
| 09/25/2015 08:30 AM | Civil C | | Status Review | | Canceled |
| 01/26/2016 02:00 PM | Civil C | BOS-3rd FL, CR 313 (SC) | Rule 12 Hearing | | Canceled |

## Ticklers

| Tickler | Start Date | Days Due | Due Date | Completed Date |
|---|---|---|---|---|
| Service | 11/18/2014 | 213 | 06/19/2015 | |
| Answer | 11/18/2014 | 294 | 09/08/2015 | |
| Rule 12/19/20 Served By | 11/18/2014 | 294 | 09/08/2015 | |
| Rule 12/19/20 Filed By | 11/18/2014 | 324 | 10/08/2015 | |
| Rule 12/19/20 Heard By | 11/18/2014 | 356 | 11/09/2015 | |
| Rule 15 Served By | 11/18/2014 | 295 | 09/09/2015 | |
| Rule 15 Filed By | 11/18/2014 | 324 | 10/08/2015 | |
| Rule 15 Heard By | 11/18/2014 | 356 | 11/09/2015 | |
| Discovery | 11/18/2014 | 479 | 03/11/2016 | |
| Rule 56 Served By | 11/18/2014 | 510 | 04/11/2016 | |
| Rule 56 Filed By | 11/18/2014 | 541 | 05/12/2016 | |
| Final Pre-Trial Conference | 11/18/2014 | 664 | 09/12/2016 | |
| Judgment | 11/18/2014 | 660 | 09/08/2016 | |

## Docket Information

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 11/18/2014 | Complaint | 1 | |
| 11/18/2014 | Origin 1, Type B99, Track F. | | |
| 12/22/2014 | Civil action cover sheet filed (n/a) | 2 | |
| 02/17/2015 | Plaintiff Andre Bisasor's MOTION to extend time for service of process until 60 days filed & ALLOWED on 2/13/15. Plff shall; have 60 | 3 | |

| Date | Description | # |
|---|---|---|
| | days from this date hereof to amend his complate and demonstrate proof of service on the defts. (Robert Gordon, Justice) notices mailed 2/13/15 | |
| 03/13/2015 | Plaintiff's Second MOTION to Extend Time to Serve Process on Defendants: ALLOWED in Part. The time for demonstrating effectated service of process is hereby enlarged to and including May 5, 2015. No further extensions (Gordon, J.) ( filed and entered 3/13/15) notice in hand 3/13/15 | 4 |
| 05/18/2015 | Plaintiff Andre Bisasor's emergency MOTION to to extend time for service of process on deftsf iled on 5/14/15 & ALLOWED on 5/15/15, but with no further extensions. ervice on defts shall be made and returned by or before June 19, 2015, or this action may be dismissed. (Peter Lauriat, Justice) notices mailed 5/15/15 | 5 |
| 06/19/2015 | Amended complaint of plff & jury demand (all issues) (enered 6/18/15) | 6 |
| 06/22/2015 | SERVICE RETURNED (summons): Harvard University & Harvard Extension School (in hand on 6/19/15) | 7 |
| 06/22/2015 | SERVICE RETURNED: Huntington Lambert(Defendant) (in hand on 6/19/15) | 8 |
| 06/22/2015 | SERVICE RETURNED: Robert H Neugeboren(Defendant) in hand on 6/19/15) | 9 |
| 06/22/2015 | SERVICE RETURNED: Michael Shinagel(Defendant) (in hand on 6/19/15) | 10 |
| 06/22/2015 | SERVICE RETURNED: Shirley R Greene (as amended)(Defendant) (in hand on 6/19/15) | 11 |
| 06/22/2015 | SERVICE RETURNED: Margaret C Andrews (as amended)(Defendant) (last & usual place of business on 6/19/15) | 12 |
| 06/22/2015 | SERVICE RETURNED: Danslav Slavenskoj(Defendant) (last & usual place of abode on 6/19/15) | 13 |
| 06/22/2015 | SERVICE RETURNED: Krishan Arora (as amended)(Defendant) (in hand on 6/19/15) | 14 |
| 06/22/2015 | SERVICE RETURNED ( Philip Harding UNSERVED | 15 |
| 07/02/2015 | Daniel Slavenskoj's Motion for an extension of time to file a responsive pleading to plff's complaint (w/o oposition) | 16 |
| 07/03/2015 | Amended Memorandum in support of his motion for an extension of time to file a responsive pleading to Plaintiff's complaint pursuant to Mass.R.Civ.P.6(b) filed by Defendant Danslav Slavenskoj | 17 |
| 07/06/2015 | Motion (P#16) DENIED without prejudice for failure to demonstate compliance with Superior Court Rule 9(a) Robert B. Gordon, Justice) Notices mailed 7/6/2015 | |
| 07/08/2015 | ORDER OF DISMISSAL (SON 1-88) re: Es.com Affiliated Companies, Jane Doe, John Doe; service not complete by deadline | 18 |
| 07/09/2015 | Defendant Danslav Slavenskoj's Emergency MOTION for an extension of time to file a responsive pleading to Plaintiff's Complaint Pursuant to Mass. R. Civ. P. 6(b) | 19 |
| 07/09/2015 | Notice of intent to file motion to extend time in which to file a responsive pleading | 20 |
| 07/10/2015 | Motion (P#19) ALLOWED (Robert B. Gordon, Justice). (entered 7/9/15) Notices mailed 7/10/2015 | |
| 07/14/2015 | Notice of intent to file Motion to Dismiss by defts President & Fellows of Harvard College (misnames i the Amended Complaint as "Harvard Extension School/Harvard University") Robert H Neugeboren Michael Shinagel Huntington Lambert Shireley R Greene & Margaret C Andrews | 21 |
| 07/14/2015 | Defendant Ken Veda (as amended)'s Notice of intent to file motion to | |

| | | |
|---|---|---|
| | dismiss | |
| 07/16/2015 | Letter to Judge Gordon Request of Harvard defts for leave to exceed page limits /Memorandum of law in support of Motion to dismiss & ALLOWED (Gordon,J) Notice Sent 7/16/17 | 22 |
| 07/16/2015 | Plaintiff Andre Bisasor's MOTION to Vacate automatic dismissal for John & Jane Doe and for extension of time to serve process on John & Jane Doe | 23 |
| 07/16/2015 | Plaintiff Andre Bisasor's MOTION for default order against Ken Veda (as amended) | 24 |
| 07/16/2015 | Affidavit of compliance by Andre Bisasor without proof of service of complaint re: Ken Veda (as amended) by certified mail no retunr receipt on 6/26/15 | 25 |
| 07/16/2015 | Affidavit of compliance by Andre Bisasor with proof of service of complaint re: Ashley R Pollock (as amended) by certified mail return receipt on 6/26/15 | 26 |
| 07/20/2015 | Plaintiff Andre Bisasor's Emergency MOTION for extension of time to respond to motion to dismiss by Defendants Harvard Extension School/Harvard University (known as President & Fellows of Harvard College), Robert H. Neugeboren; Michael Shinagel; Huntington Lambert; Shirley R. Greene; Margaret C. Andrews | 27 |
| 07/20/2015 | Plaintiff Andre Bisasor's MOTION for entry of default against Harvard Extension School/Harvard University (known as President & Fellows of Harvard College), Robert H. Neugeboren; Michael Shinagel; Huntington Lambert; Shirely R. Green; Margaret C. Andrews (w/o opposition) | 28 |
| 07/20/2015 | Motion (P#23) ALLOWED plff shall have 90 days from the date hereof to effect service of process on John and Jane Doe (Robert B. Gordon, Justice) Notices mailed 7/20/2015 (entered 7/12/15) | |
| 07/20/2015 | ORDER of default (P#24) to order against deft Vedaa (Gordon,J) Notice sent 7/20/15 (entered 7/17/15) | |
| 07/23/2015 | Opposition to Plff's motion for entry of default filed by Harvard, Robert H Neugeboren, Huntington Lambert, Michael Shinagel, Harvard Extension School (as amended), Margaret C Andrews (as amended), Shirley R Greene (as amended) | 29 |
| 07/28/2015 | Motion (P#27) ALLOWED. Plff's time to respond to the deft's motion to dismiss is enlarged to 8/23/15. (Robert B. Gordon, Justice) Notices mailed 7/28/2015 (entered 7/22/15) | |
| 07/29/2015 | Letter to Judge Robert B Gordon Request of plff for permission to file a rely memorandum to opposition to plff's Motion for entry of default against defts President & Fellows of Harvard College Robert H Neugboren Michael Shinagel Huntington Lambert Shirley R Greene Margaret C Andrews (hereinafter " Harvard Defts") & DENIED (Gordon,J) Notice Sent 7/29/15 | 30 |
| 07/30/2015 | Case status changed to 'Needs review for answers' at service deadline review | |
| 07/30/2015 | Defendant Ken Vedaa (as amended)'s emergency MOTION to vacate order of default | 31 |
| 08/03/2015 | Motion (P#31) ALLOWED. The previously ordered Default is hereby Vacated (Robert B. Gordon, Justice). (entered 7/31/15) Notices mailed 8/3/2015 | |
| 08/03/2015 | Kenneth Vedaa Jr Motion to Dismiss (w/o opposition) | 32 |
| 08/03/2015 | Affidavit of Kenneth W Vedaa Jr | 33 |
| 08/06/2015 | Response of Plaintiff to emergency motion to vacate default by Defendant Ken Vedaa and Plaintiff's Emergency Request for an | 34 |

| Date | Entry | # |
|---|---|---|
| | extension of time to respond to Defendant Ken Vedaa's motion to dismiss | |
| 08/13/2015 | Motion (P#[34] Plff's Request for additional time to respond to Motion to Dismiss ALLOWED all response due no later than 8/23/15 The parties are further directed to exchange currant contact information litigation with special instuctions that may be required to insure service and are reminded that emergency motions are dismissed absent exigant cicumstances going forward strict compliance with Superior Court Rule 9A will be expected (Gordon,J) Notice sent 8/12/15 (entered 8/12/15) | |
| 08/20/2015 | Emergnecy request to set aside allowance granted to"The Harvard defts" to file a single memorandum (per their Motion to Dismiss) for the six Harvard defts and to prohibit ex parte communications by the Harvard defts with the Judge | 35 |
| 08/21/2015 | Motion (P#35) ) DENIED The allowance of Harvard 's motion to present consolidated memorandum of law conferred no "tactical advantage" of any laws upon the defts This was a miniterial motion and promises to assist the Court in its management of this motion -party litigation Going forw ard all parties are reminded that ex parte motion will not be entertained in the absence of exceptional circumstances The Court further directs the parties to comply with the August 13, 2015 order regarding the exchange of current contact information (Robert B. Gordon,) ) Notices mailed 8/21/2015 (entered 8/20/15) | |
| 08/25/2015 | PROCEDURAL ORDER: The plaintiff is hereby directed, within five days of his receipt hereof, to confirm in writing that his address on file with the Court continues to be his correct mailing address. Unless the plaintiff provides the Court with notice of a changed address, the Court will presume that all postage-paid mail properly addressed to him at the address on file has been delivered and received by him. The defendants are reminded that certified mail is not required for the transmittal of ordinary pleadings. SO ORDERED. (Robert B. Gordon, Justice) Dated: August 24, 2015 Notice sent 8/24/15 | 36 |
| 08/31/2015 | Court received letter from Plaintiff to Hon Robert Gordon regarding letter of Address & Issues Related to August 25 Procedural Order | 37 |
| 08/31/2015 | Affidavit of compliance with Superior Court Rule 9A regarding Plaintiff 's Opposition to Harvard Defendant's Motion to Dismiss | 38 |
| 08/31/2015 | Defendant Ken Vedaa (as amended)'s MOTION to Dismiss (MRCP 12b) Complaint for lack of personal jurisidiction, and failure to state claim for which relief can be granted (w/o opposition) | 39 |
| 08/31/2015 | Affidavit of Affidavit of compliance with 9A | 40 |
| 09/01/2015 | Plff's opposition to deft Ken Vedaa's Motion to Dismiss | 41 |
| 09/01/2015 | Memorandum: in support of plff's opposition to deft Ken Vedaa's Motion to Dismiss | 42 |
| 09/01/2015 | Defendant Danslav Slavenskoj's special emergency MOTION to Dismiss (MRCP 12b) Complaint of Andre Bisasor pursuant to MGL c. 231 Sec. 59h (w/o opposition) | 43 |
| 09/01/2015 | MOTION to Dismiss by President & Fellows of Harvard College (Misnamed in the Amended Complaint as "Harvard Extension School/Harvard University"), Robert H Neugeboren, Michael Shinagel, Huntington Lambert, Shirley R. Greene, and Margaret C. Andrews (without opposition) | 44 |
| 09/01/2015 | Plaintiff Andre Bisasor's emergency MOTIONconcerning Plff directly submitting to the Court plff's opposition to deft Ken Vedaa's motiont o dismiss and a request for sanctions against Ken Vedaa | 45 |
| 09/02/2015 | Suggestion of bankruptcy by Plaintiff, Andre Bisasor | 46 |

| Date | Entry | Doc# |
|---|---|---|
| 09/03/2015 | Motion (P#41) The Plff is directed to re-rile his opposition to deft Vedaa's motion to dismiss and to do so in a manner compliant with Superior Court Rule 9A (a)(5) ("unless leave of court has been obtained in advance all memoranda of law and opposition thereto shall not esceed 20 pages") The Plff shall have 14 days to make this filing. (Robert B. Gordon, Justice). Notices mailed 9/3/2015 (entered 9/2/15) | |
| 09/03/2015 | Motion (P#37) All parties are advised that there have not been, and will not be, any exparte communications with the undersigned. All parties are further advised that the addresses they have listed with the Court are the addresses that will be used for all mailings both from other parties and the Court. All mail that is properly stamped and addressed correctly shall be presumed to have reached the intended recepient unless returned to sender. The court will not trpically intertain complaint about un-received mail in these circumstances absent demonstrable cause. Finally, the session clerk is not to be looked to as a source for legal advise or a sounding board for airing grievances about other parties or their lawyers. Her take is to manage the administrative functions of the session, and in particul;ar, the scheduling of motions and trials. Please berespectful of her time and position. (Robert B. Gordon, Justice). Notices mailed 9/3/2015 (entered 9/2/15) | |
| 09/04/2015 | Motion (P#43) The plaintiff is directed to reply to defendant Slavenskoj's Special Emergency Motion to Dismiss within 21 days of the date hereof (Robert B. Gordon, Justice) ( entered 9/2/15) . Notices mailed 9/4/2015 | |
| 09/04/2015 | Pleading(P#46) (Suggestion of Bankruptcy) In accordance with the plaintiff's suggestion of Bankruptcy, an by operation of 11 US c. sec 362, the Action is hereby STAYED as to all parties pending discharge of the bankruptcy estate or other order form the Bankrupcy Court (Robert B. Gordon, Justice) (entered 9/3/15) notice sent 9/4/15 | |
| 09/04/2015 | Motion (P#45) NO ACTION TAKED. The case has been stayed by order of the Court of today's date (Robert B. Gordon, Justice). (entered 9/3/15) Notices mailed 9/4/2015 | |
| 09/04/2015 | Motion (P#44) NO ACTION TAKED. The case has been stayed by order of the Court of today's date (Robert B. Gordon, Justice). (entered 9/3/15) Notices mailed 9/4/2015 | |
| 09/04/2015 | Court received letter from Defendant Slavenskoj to Hon. Robert Gordon regarding his motion to Dismiss: NO ACTION TAKEN. The case has been stayed in consideration of the Plaintiff's suggestion of bankruptcy as of today's date (Gordon,J.) (filed and entered 9/3/15) notice sent 9/4/15 | 47 |
| 09/11/2015 | Emergency Opposition to Plaintiff's suggestion of bankruptcy filed by Defendant Danslav Slavenskoj | 48 |
| 09/17/2015 | Emergency Opposition (P#48) Treating this submission as a Request for Reconsideration of the Court's decision to stay the Plaintiff's action pending further direction from the Bankruptcy Court, the request is DENIED. (Robert B. Gordon, Justice). Dated 9/15/15 Notices mailed 9/16/2015 | |
| 10/01/2015 | Defendant Harvard Extension School (as amended), Robert H Neugeboren, Michael Shinagel, Jane Doe's Assented to Motion to lift stay | 49 |
| 10/06/2015 | Appearance entered On this date Joseph P Dever, Esq. added for Defendant Philip Harding (as amended) | |
| 11/10/2015 | Endorsement on Motion to lift stay by the defts (#49.0): ALLOWED | |

| | | |
|---|---|---|
| | upon review, no opposition having been filed and the law, in any event, being clear, And the defts' motion to dismiss is set down for 1/26/16 @ 2:00pm. (entered 11/2/15) notices mailed 11/9/15 | |
| 12/11/2015 | The following form was generated:<br><br>Notice to Appear<br>Sent On: 12/11/2015 10:21:52 | |
| 12/11/2015 | The following form was generated:<br><br>Notice to Appear<br>Sent On: 12/11/2015 11:12:02 | |
| 01/14/2016 | The following form was generated:<br><br>Notice to Appear<br>Sent On: 01/14/2016 15:37:50 | |
| 01/20/2016 | Defendant Krishan Arora (as amended), Philip Harding (as amended), Ashley R Pollock (as amended)'s Motion to dismiss all counts of Plaintiff's Amended Complaint (w/o opposition) | 50 |
| 01/20/2016 | Request for hearing filed<br><br>Applies To: Pollock (as amended), Ashley R (Defendant); Harding (as amended), Philip (Defendant); Arora (as amended), Krishan (Defendant) | 51 |
| 01/22/2016 | Notice of Removal to the United States District Court filed by<br><br>Plaintiff<br><br>Applies To: Bisasor, Andre (Plaintiff) | 52 |
| 01/25/2016 | Event Result:<br>The following event: Rule 12 Hearing scheduled for 01/26/2016 02:00 PM has been resulted as follows:<br>Result: Canceled<br>Reason: Request of Plaintiff | |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Pending | 09/02/2015 | |