# EXHIBIT D

DebtEd, FUNDS, NTCAPR, TUA, AddChg, APLDIST, APPEAL, CONVERTED

# United States Bankruptcy Court
## District of Massachusetts (Boston)
### Bankruptcy Petition #: 15-13369

|  |  |
|---|---|
| | *Date filed:* 08/27/2015 |
| *Assigned to:* Judge Joan N. Feeney | *Date converted:* 01/06/2016 |
| Chapter 7 | *341 meeting:* 03/01/2016 |
| Previous chapter 13 | *Deadline for filing claims (govt.):* 02/23/2016 |
| Original chapter 13 | *Deadline for objecting to discharge:* 04/04/2016 |
| Voluntary | |
| No asset | |

**Debtor**                                        represented by **Andre Bisasor**
**Andre Bisasor**                                                    PRO SE
119 Drum Hill Road
#223
Chelmsford, MA 01824
781-492-5675
SSN / ITIN: xxx-xx-9859

**Assistant U.S. Trustee**
**John Fitzgerald**
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

**Trustee**
**John Aquino**
Anderson Aquino LLP
240 Lewis Wharf
Boston, MA 02110
(617) 723-3600

| Filing Date | # | Docket Text |
|---|---|---|
| 08/27/2015 | <u>1</u><br>(6 pgs) | Chapter 13 Voluntary Petition with deficiencies. Exhibit D. Certificate of Credit Counseling. Filing Fee in the Amount of $310 Filed by Andre Bisasor. (nr) (Entered: 08/27/2015) |

| | | |
|---|---|---|
| 08/27/2015 | | Meeting of Creditors scheduled on 09/29/2015 at 11:00 AM at Room 325-B, U.S. Trustee Office, J.W. McCormack Post Office & Court House. Deadline to object to debtor's discharge or to challenge dischargeability of certain debts is 11/30/2015. Proof of Claim due by 12/28/2015. Government Proof of Claim due by 02/23/2016. (nr) (Entered: 08/27/2015) |
| 08/27/2015 | 2 | Statement of Social Security Number(s) filed by Debtor Andre Bisasor (nr) (Entered: 08/27/2015) |
| 08/27/2015 | 5 (3 pgs; 2 docs) | Certification of Intent to Cure Entire Monetary Default for Residential Property and Rental Deposit in the amount of $2390.00 with judgment (Re: 1 Voluntary Petition (Chapter 13)) filed by Deadline to Cure Default: 9/28/2015 (Attachments: # 1 Judgment) (ymw) (Entered: 08/28/2015) |
| 08/28/2015 | 4 (1 pg) | Notice to Pro Se Debtors. (ADI) (Entered: 08/28/2015) |
| 08/28/2015 | 6 (1 pg) | Court's Notice Releasing Rental Deposit to the Landlord, RAR 2 Jefferson at Dedham Station MA, Inc., 1000 Presidents Way #3413, Dedham, MA 02026, in the amount of $2390.00 with certificate of service. Deadline to cure default and file second Certification is 30 days from the filing date of the voluntary petition. (Sent by Certified U.S. Mail Tracking Number 7011 3500 0001 5898 3140) (Re: 5 Rental Deposit and Intent to Cure Default filed by Debtor) (Entered: 08/28/2015) |
| 08/28/2015 | 7 (2 pgs) | Order to Update (Re:1). Chapter 13 Voluntary Petition Matrix Due 9/2/2015. Chapter 13 Plan due by 9/11/2015. Schedules A-J due 9/11/2015. Statement of Financial Affairs due 9/11/2015. Summary of schedules due 9/11/2015. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 22C-1 Due: 9/11/2015. Statistical Summary of Certain Liabilities due 9/11/2015.Evidence of Current and Sufficient Liability and Property Insurance Due 9/11/2015. Incomplete Filings due by 9/11/2015. (nr) (Entered: 08/28/2015) |
| 08/28/2015 | 8 (1 pg) | Court Certificate of Mailing. (Re: 7 Order to Update) (nr) (Entered: 08/28/2015) |

| | | |
|---|---|---|
| 08/28/2015 | | Receipt of Chapter 13 Filing Fee - $200.00 by NR. Receipt Number 631123. (adi) (Entered: 08/31/2015) |
| 08/28/2015 | | Receipt of Chapter 13 Filing Fee - $110.00 by NR. Receipt Number 631123. (adi) (Entered: 08/31/2015) |
| 08/28/2015 | | Receipt of Forfeit Filing Fee - $10.00 by NR. Receipt Number 631123. (adi) (Entered: 08/31/2015) |
| 08/30/2015 | 10 (2 pgs) | BNC Certificate of Mailing. (Re: 4 Notice to ProSe Debtors.) Notice Date 08/30/2015. (Admin.) (Entered: 08/31/2015) |
| 09/01/2015 | 11 (1 pg) | Emergency Motion filed by Debtor Andre Bisasor to Extend Time to File Documents [Re: 7 Order to Update]. (jb) (Entered: 09/02/2015) |
| 09/02/2015 | 12 (1 pg) | Endorsed Order dated 9/2/2015 Re: 11 Emergency Motion filed by Debtor Andre Bisasor to Extend Time to File Documents Re: 7 Order to Update. MOTION ALLOWED IN PART. THE DEBTOR SHALL FILE THE MATRIX BY 09/04/15 AND THE REMAINING DOCUMENTS BY 09/23/15. (jb) (Entered: 09/02/2015) |
| 09/02/2015 | 13 (29 pgs; 6 docs) | Expedited Motion filed by Creditor Greystar Management Services LP as agent for owner RAR2-Jefferson at Dedham Station MA Inc. for Relief from Stay Re: 3000 Presidents Way #3413, Dedham MA 02026 with certificate of service and proposed order Fee Amount $176, Objections due by 09/16/2015. (Attachments: # 1 Exhibit A-B # 2 Exhibit Exhibits C-D # 3 Exhibit Exhibits E-F # 4 Exhibit Exhibits G-H # 5 Proposed Order Proposed Order 3413) (Ashton, Donna) (Entered: 09/02/2015) |
| 09/02/2015 | 14 (27 pgs; 6 docs) | Expedited Motion filed by Creditor Greystar Management Services LP as agent for owner RAR2-Jefferson at Dedham Station MA Inc. for Relief from Stay Re: 2000 Presidents Way #2216, Dedham, MA 02026 with certificate of service and proposed order Fee Amount $176, Objections due by 09/16/2015. (Attachments: # 1 Exhibit Exhibits A-B # 2 Exhibit Exhibits C-D # 3 Exhibit Exhibits E-F # 4 Exhibit Exhibits G-H # 5 Proposed Order) (Ashton, Donna) (Entered: 09/02/2015) |

| | | |
|---|---|---|
| 09/02/2015 | | Receipt of filing fee for Motion for Relief From Stay(15-13369) [motion,mrlfsty] ( 176.00). Receipt Number 14947024, amount $ 176.00 (re: Doc# 13) (U.S. Treasury) (Entered: 09/02/2015) |
| 09/02/2015 | | Receipt of filing fee for Motion for Relief From Stay(15-13369) [motion,mrlfsty] ( 176.00). Receipt Number 14947024, amount $ 176.00 (re: Doc# 14) (U.S. Treasury) (Entered: 09/02/2015) |
| 09/02/2015 | 15 (1 pg) | Certified Return Receipt (Re: 6 Court's Notice Releasing Rental Deposit) (ymw) (Entered: 09/02/2015) |
| 09/04/2015 | 16 (1 pg) | Hearing Scheduled for 9/17/2015 at 01:00 PM at Boston Courtroom 1, 12th Floor, 5 Post Office Square, Boston, MA 02109 Re: 13 Expedited Motion filed by Creditor Greystar Management Services LP as agent for owner RAR2-Jefferson at Dedham Station MA Inc. for Relief from Stay Re: 3000 Presidents Way #3413, Dedham MA 02026. Objections due by 9/16/2015 at 03:00 PM. (pd) (Entered: 09/04/2015) |
| 09/04/2015 | 17 (1 pg) | Hearing Scheduled for 9/17/2015 at 01:00 PM at Boston Courtroom 1, 12th Floor, 5 Post Office Square, Boston, MA 02109 Re: 14 Expedited Motion filed by Creditor Greystar Management Services LP as agent for owner RAR2-Jefferson at Dedham Station MA Inc. for Relief from Stay Re: 2000 Presidents Way #2216, Dedham, MA 02026. Objections due by 9/16/2015 at 03:00 PM. (pd) (Entered: 09/04/2015) |
| 09/04/2015 | 18 (2 pgs) | BNC Certificate of Mailing - PDF Document. (Re: 12 Order on Motion to Extend) Notice Date 09/04/2015. (Admin.) (Entered: 09/05/2015) |
| 09/04/2015 | 19 (5 pgs) | Matrix (Re: 1 Voluntary Petition (Chapter 13)) filed by Debtor Andre Bisasor (jb) (Entered: 09/08/2015) |
| 09/09/2015 | 20 (2 pgs) | Court's Notice of 341 sent. (ADI) (Entered: 09/09/2015) |
| 09/11/2015 | 21 (4 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (Re: 20 Court's Notice of 341 sent 13) Notice Date 09/11/2015. (Admin.) (Entered: 09/12/2015) |

| | | |
|---|---|---|
| 09/14/2015 | <u>22</u><br>(7 pgs) | Emergency Motion filed by Debtor Andre Bisasor to Extend Time for Responding to Motion for Relief from Stay and to Continue Hearing [Re: <u>13</u> Motion for Relief From Stay, <u>14</u> Motion for Relief From Stay] with certificate of service. (chy) (Entered: 09/14/2015) |
| 09/15/2015 | <u>23</u><br>(8 pgs; 2 docs) | Objection *to Debtor's Emergency Motion for Continuance* with certificate of service filed by Creditor Greystar Management Services LP as agent for owner RAR2-Jefferson at Dedham Station MA Inc. Re: <u>22</u> Emergency Motion filed by Debtor Andre Bisasor to Continue Hearing [Re: <u>13</u> Motion for Relief From Stay, <u>14</u> Motion for Relief From Stay] with certificate of service. (Attachments: # <u>1</u> Exhibit Exhibit A) (Ashton, Donna) (Entered: 09/15/2015) |
| 09/15/2015 | <u>24</u><br>(2 pgs) | MDOR Notice of Unfiled Prepetition Tax Returns and Request for same pursuant to 11 U.S.C. Section 1308 with certificate of service (Hankard, Katie) (Entered: 09/15/2015) |
| 09/15/2015 | <u>25</u><br>(17 pgs) | Rebuttal filed by Debtor Andre Bisasor [Re: <u>23</u> Objection filed by Creditor Greystar Management Services LP as agent for owner RAR2-Jefferson at Dedham Station MA Inc. Re: <u>22</u> Emergency Motion filed by Debtor Andre Bisasor to Continue Hearing [Re: <u>13</u> Motion for Relief From Stay, <u>14</u> Motion for Relief From Stay] with certificate of service. (jb) (Entered: 09/15/2015) |
| 09/15/2015 | <u>26</u><br>(18 pgs) | Amended Rebuttal filed by Debtor Andre Bisasor (Re: <u>25</u> RebuttalRe: <u>23</u> Objection filed by Creditor Greystar Management Services LP as agent for owner RAR2-Jefferson at Dedham Station MA Inc. Re: <u>22</u> Emergency Motion filed by Debtor Andre Bisasor to Continue Hearing [Re: <u>13</u> Motion for Relief From Stay, <u>14</u> Motion for Relief From Stay] with certificate of service. (jb) (jb) (Entered: 09/15/2015) |
| | <u>27</u><br>(1 pg) | Endorsed Order dated 9/15/2015 Re: <u>22</u> Emergency Motion filed by Debtor Andre Bisasor to Extend Time for Responding to Motion for Relief from Stay and to Continue Hearing Re: <u>13</u> Motion for Relief from Stay, <u>14</u> Motion for Relief From Stay. DENIED. MOTION DENIED FOR |

| | | |
|---|---|---|
| 09/15/2015 | | THE REASONS STATED IN THE OBJECTION OF GREYSTAR MANAGEMENT SERVICES LP. SEE ALSO 11 U.S.C. SEC. 362(L)(3)(A). THE 09/17/15 HEARING SHALL GO FORWARD. (jb) (Entered: 09/15/2015) |
| 09/16/2015 | 28 (3 pgs) | Notice of Appearance and Request for Notice by David G. Baker with certificate of service filed by Debtor Andre Bisasor (Baker, David) (Entered: 09/16/2015) |
| 09/16/2015 | 29 (4 pgs) | Objection with certificate of service filed by Debtor Andre Bisasor Re: 13 Expedited Motion filed by Creditor Greystar Management Services LP as agent for owner RAR2-Jefferson at Dedham Station MA Inc. for Relief from Stay Re: 3000 Presidents Way #3413, Dedham MA 02026 with certificate of service and proposed order, 14 Expedited Motion filed by Creditor Greystar Management Services LP as agent for owner RAR2-Jefferson at Dedham Station MA Inc. for Relief from Stay Re: 2000 Presidents Way #2216, Dedham, MA 02026 with certificate of service and proposed order (Baker, David) (Entered: 09/16/2015) |
| 09/16/2015 | 30 (96 pgs; 6 docs) | Brief/Memorandum In Support of *Debtor* (Re: 29 Objection) filed by Debtor Andre Bisasor (Attachments: # 1 Answer and Counterclaims # 2 State Court Docket # 3 Lease #1 # 4 Lease #2 # 5 Summary Process Complaints, etc.) (Baker, David) (Entered: 09/16/2015) |
| 09/17/2015 | 31 (1 pg) | Order dated 9/17/2015 Re: 13 Expedited Motion filed by Creditor Greystar Management Services LP as agent for owner RAR2-Jefferson at Dedham Station MA Inc. for Relief from Stay Re: 3000 Presidents Way #3413, Dedham MA 02026. HEARING HELD. #13, TAKEN UNDER ADVISEMENT. THE MOVANT SHALL FILE A SUPPLEMENTAL BRIEF BY 09/18/15 WITH RESPECT TO THE ISSUES RAISED AT THE HEARING, AND THE DEBTOR MAY FILE A REPLY BRIEF WITHIN 24 HOURS AFTER SUCH FILING. (jb) (Entered: 09/17/2015) |
| | 32 (1 pg) | Order dated 9/17/2015 Re: 14 Expedited Motion filed by Creditor Greystar Management Services LP as agent for owner RAR2-Jefferson at Dedham Station MA Inc. for Relief from Stay Re: 2000 Presidents Way #2216, Dedham, |

| | | |
|---|---|---|
| 09/17/2015 | | MA 02026 . HEARING HELD. #14, TAKEN UNDER ADVISEMENT. THE MOVANT SHALL FILE A SUPPLEMENTAL BRIEF BY 09/18/15 WITH RESPECT TO THE ISSUES RAISED AT THE HEARING, AND THE DEBTOR MAY FILE A REPLY BRIEF WITHIN 24 HOURS AFTER SUCH FILING. (jb) (Entered: 09/17/2015) |
| 09/17/2015 | 33 (2 pgs) | BNC Certificate of Mailing - PDF Document. (Re: 27 Order on Motion to Continue/Cancel Hearing) Notice Date 09/17/2015. (Admin.) (Entered: 09/18/2015) |
| 09/18/2015 | 34 (44 pgs; 5 docs) | Supplemental Document: *Supplemental Filing* with certificate of service (Re: 13 Motion for Relief From Stay, 14 Motion for Relief From Stay) filed by Creditor Greystar Management Services LP as agent for owner RAR2-Jefferson at Dedham Station MA Inc. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D) (Ashton, Donna) (Entered: 09/18/2015) |
| 09/18/2015 | 35 | An official transcript of hearing (RE: 13 Expedited Motion of Greystar Management Services LP as Agent for Owner RAR2-Jefferson at Dedham Station, MA Inc. for Relief from Stay RE: 3000 Presidents Way #3413, Dedham, MA (Donna Ashton); 29 Objection of Debtor (David Baker); 30 Verified Memorandum of Debtor in Support of 29 (David Baker); 14 Expedited Motion of Greystar Management Services LP as Agent for Owner RAR2-Jefferson at Dedham Station MA Inc. for Relief from Stay RE: 2000 Presidents Way #2216, Dedham, MA (Donna Ashton); 29 Objection of Debtor (David Baker); 30 Verified Memorandum of Debtor in Support of 29 (David Baker)) heard on 09/17/2015 has been filed. Pursuant to Judicial Conference Policy, electronic access to transcripts is restricted for 90 days from the date of filing. The transcript is available for inspection at the Clerk's Office or a copy may be purchased from the transcriber. Contact the ECR Operator for transcriber information. Parties have until 10/9/2015 to file a Request for Redaction with the Court. If no request is filed, the transcript may be made available electronically on 12/18/2015. (Cascade Hills Transcription, Inc.) (Entered: 09/18/2015) |
| | 36 | BNC Certificate of Mailing - PDF Document. (Re: 31 |

| | | |
|---|---|---|
| 09/19/2015 | (2 pgs) | Order on Motion For Relief From Stay) Notice Date 09/19/2015. (Admin.) (Entered: 09/20/2015) |
| 09/19/2015 | <u>37</u><br>(2 pgs) | BNC Certificate of Mailing - PDF Document. (Re: <u>32</u> Order on Motion For Relief From Stay) Notice Date 09/19/2015. (Admin.) (Entered: 09/20/2015) |
| 09/19/2015 | <u>38</u><br>(1 pg) | Notice of Filing of Official Transcript. Notice is hereby given that an official transcript has been filed. Pursuant to the Judicial Conference policy governing public access to transcripts of federal court proceedings, transcripts are not electronically available(online) until 90 days after filing but may be inspected by clerk's office or purchased from the court transcriber during the 90-day period. (ADI) (Entered: 09/21/2015) |
| 09/21/2015 | <u>39</u><br>(4 pgs) | Supplemental Brief (Re: <u>13</u> Motion for Relief From Stay, <u>14</u> Motion for Relief From Stay) filed by Debtor Andre Bisasor (Baker, David) (Entered: 09/21/2015) |
| 09/21/2015 | <u>40</u><br>(46 pgs) | Affidavit of Andre Bisasor and clarification statement in support of Debtor's Reply Memorandum to Greystar's Supplemental Memorandum for Greystar's Objection to Certification and Greysstar's Motion for Relief from Stay (Re: <u>13</u> Motion for Relief From Stay, <u>14</u> Motion for Relief From Stay) filed by Debtor Andre Bisasor (Baker, David). Modified on 9/25/2015 (lkaine, Usbc). (Entered: 09/21/2015) |
| 09/21/2015 | <u>41</u><br>(1 pg) | DISREGARD: Request from David G. Baker Debtor Andre Bisasor *for evidentiary hearing,* with certificate of service. filed by Debtor Andre Bisasor (Baker, David) Corrective entry: disregard. Incorrect event used. Two Day Order to re-docket using correct event. Modified on 9/22/2015 (ymw). (Entered: 09/21/2015) |
| 09/22/2015 | <u>42</u><br>(1 pg) | Order Requiring Corrective Action. You are hereby **ORDERED** to file the required document(s) **identified in the attached order** within (2) business days of the date of this order (Re: <u>41</u> Request filed by Debtor Andre Bisasor) (ymw) (Entered: 09/22/2015) |
| | <u>43</u><br>(1 pg) | Withdrawal with certificate of service (Re: <u>39</u> Brief) filed by Debtor Andre Bisasor (Baker, David) (Entered: |

| 09/23/2015 | | 09/23/2015) |
|---|---|---|
| 09/23/2015 | [44](#)<br>(5 pgs; 2 docs) | Supplemental Brief *(Corrected)* (Re: [32](#) Order on Motion For Relief From Stay) filed by Debtor Andre Bisasor (Attachments: # [1](#) Appellate courts case listing) (Baker, David) (Entered: 09/23/2015) |
| 09/23/2015 | [45](#)<br>(1 pg) | Motion filed by Debtor Andre Bisasor to Extend Time to File Documents [Re: [7](#) Order to Update] with certificate of service. (Baker, David) (Entered: 09/23/2015) |
| 09/23/2015 | [46](#)<br>(2 pgs) | BNC Certificate of Mailing. (Re: [38](#) Notice of Filing of Official Transcript) Notice Date 09/23/2015. (Admin.) (Entered: 09/24/2015) |
| 09/24/2015 | [47](#)<br>(1 pg) | Endorsed Order dated 9/24/2015 Re: [45](#) Motion filed by Debtor Andre Bisasor to Extend Time to File Documents (Re: [7](#) Order to Update). ALLOWED. (lkaine, Usbc) (Entered: 09/24/2015) |
| 09/25/2015 | [48](#)<br>(1 pg) | Request for Evidentiary Hearing filed by Debtor Andre Bisasor Re: [13](#) Motion for Relief From Stay, [14](#) Motion for Relief From Stay, with certificate of service. (Baker, David) Modified on 10/6/2015 (lkaine, Usbc). (Entered: 09/25/2015) |
| 09/26/2015 | [49](#)<br>(2 pgs) | BNC Certificate of Mailing - PDF Document. (Re: [47](#) Order on Motion to Extend) Notice Date 09/26/2015. (Admin.) (Entered: 09/27/2015) |
| 09/28/2015 | | Continuance of Meeting of Creditors 10/21/2015 at 10:30 AM (Bankowski-13, Carolyn) (Entered: 09/28/2015) |
| 09/28/2015 | [50](#)<br>(2 pgs) | Emergency Motion filed by Debtor Andre Bisasor to Extend Time to File Documents Re: [1](#) Voluntary Petition (Chapter 13). (lkaine, Usbc) (Entered: 09/28/2015) |
| 09/28/2015 | [51](#)<br>(1 pg) | Endorsed Order dated 9/28/2015 Re: [39](#) Supplemental Memorandum filed by Debtor Andre Bisasor. WITHDRAWN. (lkaine, Usbc) (Entered: 09/29/2015) |
| | [52](#)<br>(1 pg) | Endorsed Order dated 9/29/2015 Re: [50](#) Emergency Motion filed by Debtor Andre Bisasor to Extend Time to File Documents (Re: [1](#) Voluntary Petition) TO THE |

| | | |
|---|---|---|
| 09/29/2015 | | EXTENT THE DEBTOR SEEKS AN EXTENSION OF TIME TO 10/05/15 TO FILE THE DOCUMENTS REQUIRED PURSUANT TO THE COURT'S ORDER TO UPDATE DATED 08/28/15 (DOC. NO. 7), THE MOTION IS ALLOWED. (lkaine, Usbc) (Entered: 09/29/2015) |
| 09/29/2015 | 53 (1 pg) | Court Certificate of Mailing Re: 52 Order on Motion to Extend. (lkaine, Usbc) (Entered: 09/29/2015) |
| 10/01/2015 | 54 (2 pgs) | Notice *of Appearance* with certificate of service filed by Creditor Foley Hoag LLP (Ottenberg, John) (Entered: 10/01/2015) |
| 10/01/2015 | | Notice of Certified Copy of Docket Report to RAR2 Jefferson at Dedham Station MA, Inc. (Re: 5 Rental Deposit and Intent to Cure Default) (cpd) (Entered: 10/01/2015) |
| 10/01/2015 | 55 (2 pgs) | Court Certificate of Mailing. (Re: Certified Copy of Docket Report). (cpd) (Entered: 10/01/2015) |
| 10/01/2015 | 56 (1 pg) | Order dated 10/1/2015 Re: 13 Expedited Motion filed by Creditor Greystar Management Services LP as agent for owner RAR2-Jefferson at Dedham Station MA Inc. for Relief from Stay Re: 3000 Presidents Way #3413, Dedham MA 02026. PURSUANT TO 11 U.S.C. SEC. 362(e), THE COURT CONTINUES THE AUTOMATIC STAY PENDING THE COURT'S RULING ON THE MOTION. (cpd) (Entered: 10/01/2015) |
| 10/01/2015 | 57 (1 pg) | Order dated 10/1/2015 Re: 14 Expedited Motion filed by Creditor Greystar Management Services LP as agent for owner RAR2-Jefferson at Dedham Station MA Inc. for Relief from Stay Re: 2000 Presidents Way #2216, Dedham, MA 02026. PURSUANT TO 11 U.S.C. SEC. 362(e), THE COURT CONTINUES THE AUTOMATIC STAY PENDING THE COURT'S RULING ON THE MOTION. (cpd) (Entered: 10/01/2015) |
| 10/03/2015 | 58 (2 pgs) | BNC Certificate of Mailing - PDF Document. (Re: 56 Order on Motion For Relief From Stay) Notice Date 10/03/2015. (Admin.) (Entered: 10/04/2015) |

| 10/03/2015 | 59<br>(2 pgs) | BNC Certificate of Mailing - PDF Document. (Re: 57 Order on Motion For Relief From Stay) Notice Date 10/03/2015. (Admin.) (Entered: 10/04/2015) |
| 10/06/2015 | 60<br>(34 pgs) | Summary of Schedules , Statistical Summary of Certain Liabilities, Statement of Financial Affairs , Schedules A-J. (Re: 7 Order to Update) filed by Debtor Andre Bisasor (Baker, David) (Entered: 10/06/2015) |
| 10/06/2015 | 61<br>(9 pgs) | Chapter 13 Plan Without Certificate of Service filed by Debtor Andre Bisasor (Baker, David) (Entered: 10/06/2015) |
| 10/06/2015 | 62<br>(3 pgs) | Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period for 3 Years Form 22C-1. Disposable Income Is Not Determined (Re: 7 Order to Update) filed by Debtor Andre Bisasor (Baker, David) (Entered: 10/06/2015) |
| 10/06/2015 | 63<br>(3 pgs) | Chapter 13 Agreement between debtor and counsel filed by Debtor Andre Bisasor (Baker, David) (Entered: 10/06/2015) |
| 10/06/2015 | 64<br>(2 pgs) | Disclosure of Compensation of Attorney David G. Baker in the amount of $3,500.00. Plus $0.00 paid to debtor`s counsel for court filing fees filed by Debtor Andre Bisasor (Baker, David) (Entered: 10/06/2015) |
| 10/06/2015 | 65<br>(2 pgs) | Court's Order of Deficiency Re: 61 Chapter 13 Plan filed by Debtor Andre Bisasor. The deadline to cure the deficiency is 10/13/2015 at 04:30 PM. (lkaine, Usbc) (Entered: 10/06/2015) |
| 10/06/2015 | 66<br>(3 pgs) | Signature Page (Re: 60 Summary of Schedules, Statistical Summary of Certain Liabilities, Statement of Financial Affairs, Schedules A-J, 61 Chapter 13 Plan) filed by Debtor Andre Bisasor (Baker, David) (Entered: 10/06/2015) |
| 10/06/2015 | 67<br>(1 pg) | Declaration Re: Electronic Filing filed by Debtor Andre Bisasor (Baker, David) (Entered: 10/06/2015) |
| 10/06/2015 | 68<br>(1 pg) | Supplemental Document: *Addendum* (Re: 60 Summary of Schedules, Statistical Summary of Certain Liabilities, Statement of Financial Affairs, Schedules A-J) filed by |

| | | |
|---|---|---|
| 10/06/2015 | | Debtor Andre Bisasor (Baker, David) (Entered: 10/06/2015) |
| 10/08/2015 | <u>69</u><br>(3 pgs) | BNC Certificate of Mailing. (Re: <u>65</u> Court's Order of Deficiency) Notice Date 10/08/2015. (Admin.) (Entered: 10/09/2015) |
| 10/13/2015 | <u>70</u><br>(4 pgs) | Certificate of Service (Re: <u>61</u> Chapter 13 Plan) filed by Debtor Andre Bisasor (Baker, David) (Entered: 10/13/2015) |
| 10/19/2015 | <u>71</u><br>(17 pgs) | Order dated 10/19/15 Re: <u>13</u> Motion for Relief From Stay filed by Creditor Greystar Management Services LP, and <u>14</u> Motion for Relief From Stay filed by Creditor Greystar Management Services LP. See Order for Full Text. (lkaine, Usbc) (Entered: 10/19/2015) |
| 10/21/2015 | <u>72</u><br>(7 pgs; 2 docs) | Emergency Motion filed by Debtor Andre Bisasor For Contempt and for Sanctions with certificate of service. (Attachments: # <u>1</u> Constable's Notices) (Baker, David) (Entered: 10/21/2015) |
| 10/21/2015 | <u>73</u><br>(1 pg) | Order dated 10/21/2015 Re: <u>72</u> Emergency Motion filed by Debtor Andre Bisasor For Contempt and for Sanctions. GREYSTAR SHALL FILE A RESPONSE TO THE MOTION TODAY BY 3:00 PM. (lkaine, Usbc) (Entered: 10/21/2015) |
| 10/21/2015 | <u>74</u><br>(4 pgs) | Opposition *to Debtor's Emergency Motion for Contempt for Violation of the Co-Debtor Stay of 1301* with certificate of service filed by Creditor Greystar Management Services LP as agent for owner RAR2-Jefferson at Dedham Station MA Inc. Re: <u>72</u> Emergency Motion filed by Debtor Andre Bisasor For Contempt and for Sanctions with certificate of service. (Ashton, Donna) (Entered: 10/21/2015) |
| 10/21/2015 | | Meeting of Creditors Held and Examination of Debtor *concluded on 10/21/2015, Debtor was not present.* (Bankowski-13, Carolyn) (Entered: 10/21/2015) |
| 10/21/2015 | <u>75</u><br>(1 pg) | Chapter 13 Trustee's Motion for Order Dismissing Case with certificate of service. Objections due by 11/16/2015. (Bankowski-13, Carolyn) (Entered: 10/21/2015) |

| | | |
|---|---|---|
| 10/21/2015 | <u>76</u><br>(2 pgs) | Reply with certificate of service filed by Debtor Andre Bisasor Re: <u>72</u> Emergency Motion filed by Debtor Andre Bisasor For Contempt and for Sanctions with certificate of service. (Baker, David) (Entered: 10/21/2015) |
| 10/21/2015 | <u>77</u><br>(1 pg) | Order dated 10/21/2015 Re: <u>72</u> Emergency Motion filed by Debtor Andre Bisasor For Contempt and for Sanctions. UPON CONSIDERATION OF THE MOTION, THE OPPOSITION OF GREYSTAR AND THE DEBTOR'S REPLY, THE MOTION IS ALLOWED IN PART AND DENIED IN PART AND THE OPPOSITION IS SUSTAINED IN PART AND OVERRULED IN PART. THE COURT RULES THAT THE "48 HOUR NOTICES," IN PARTICULAR, THE NOTICE OF REMOVAL OF THE DEBTOR AND THE CODEBTOR AND THEIR PERSONAL PROPERTY FROM THE SUBJECT APARTMENTS, IS NOT WITHIN THE SCOPE OF 11 U.S.C. SEC. 1301. GREYSTAR MAY PROCEED WITH THE EVICTION OF THE DEBTOR AND THE CODEBTOR AND REMOVAL OF THEIR PROPERTY FROM THE SUBJECT APARTMENTS, BUT IT SHALL NOT SEEK TO COLLECT ANY DEBT FROM THE DEBTOR OR THE CODEBTOR, INCLUDING ANY MONEY JUDGMENT OR ANY STORAGE FEES, WITHOUT FURTHER ORDER FROM THIS COURT. THE DEBTOR'S REQUEST FOR ATTORNEYS' FEES IS DENIED. (Ikaine, Usbc) (Entered: 10/21/2015) |
| 10/21/2015 | <u>78</u><br>(18 pgs) | BNC Certificate of Mailing - PDF Document. (Re: <u>71</u> Order) Notice Date 10/21/2015. (Admin.) (Entered: 10/22/2015) |
| 10/23/2015 | <u>79</u><br>(2 pgs) | BNC Certificate of Mailing - PDF Document. (Re: <u>73</u> Order on Motion for Contempt) Notice Date 10/23/2015. (Admin.) (Entered: 10/24/2015) |
| 10/28/2015 | <u>80</u><br>(1 pg) | Notice of Change of Address *for creditors,* filed by Debtor Andre Bisasor (Baker, David) (Entered: 10/28/2015) |
| | <u>81</u><br>(1 pg) | Objection with certificate of service filed by Debtor Andre Bisasor Re: <u>75</u> Chapter 13 Trustee's Motion for Order Dismissing Case with certificate of service. (Baker, David) |

| | | |
|---|---|---|
| 10/28/2015 | | (Entered: 10/28/2015) |
| 10/29/2015 | 82<br>(1 pg) | Hearing Scheduled for 11/19/2015 at 01:00 PM at Boston Courtroom 1, 12th Floor, 5 Post Office Square, Boston, MA 02109 Re: 75 Chapter 13 Trustee's Motion for Order Dismissing Case. (pd) (Entered: 10/29/2015) |
| 10/29/2015 | 83<br>(2 pgs) | Certificate of Service of Notice of Hearing (Re: 75 Chapter 13 Trustee's Motion for Order Dismissing Case) filed by Trustee Carolyn Bankowski-13 (Bankowski-13, Carolyn) (Entered: 10/29/2015) |
| 10/29/2015 | | Continuance of Meeting of Creditors 12/9/2015 at 10 AM (Bankowski-13, Carolyn) (Entered: 10/29/2015) |
| 10/29/2015 | 84<br>(1 pg) | Motion filed by Debtor Andre Bisasor to Continue Hearing [Re: 75 Chapter 13 Trustee's Motion for Order Dismissing Case] with certificate of service. (Baker, David) (Entered: 10/29/2015) |
| 10/30/2015 | 85<br>(1 pg) | Endorsed Order dated 10/30/2015 Re: 84 Motion filed by Debtor Andre Bisasor to Continue Hearing (Re: 75 Chapter 13 Trustee's Motion for Order Dismissing Case. ALLOWED. THE HEARING IS CONTINUED TO 01/07/16 AT 1:00 PM. (lkaine, Usbc) (Entered: 10/30/2015) |
| 10/30/2015 | 86<br>(1 pg) | Hearing Rescheduled for 1/7/2016 at 01:00 PM at Boston Courtroom 1, 12th Floor, 5 Post Office Square, Boston, MA 02109 Re: 75 Chapter 13 Trustee's Motion for Order Dismissing Case. (lkaine, Usbc) (Entered: 10/30/2015) |
| 11/01/2015 | 87<br>(2 pgs) | BNC Certificate of Mailing - Hearing. (Re: 86 Hearing Scheduled) Notice Date 11/01/2015. (Admin.) (Entered: 11/01/2015) |
| 11/02/2015 | 88<br>(2 pgs) | Certificate of Service of Notice of Hearing (Re: 75 Chapter 13 Trustee's Motion for Order Dismissing Case) filed by Trustee Carolyn Bankowski-13 (Bankowski-13, Carolyn) (Entered: 11/02/2015) |
| 11/02/2015 | 89<br>(1 pg) | Motion filed by Debtor Andre Bisasor to Extend Time to Appeal Under Rule 8002(c) [Re: 71 Order] with certificate of service. (Baker, David) (Entered: 11/02/2015) |

| | | |
|---|---|---|
| 11/04/2015 | 90<br>(1 pg) | Endorsed Order dated 11/4/2015 Re: 89 Motion filed by Debtor Andre Bisasor to Extend Time to Appeal Under Rule 8002(c) (Re: 71 Order). THE MOTION IS ALLOWED TO THE EXTENT PERMITTED UNDER FED. R. BANKR. P. 8002(D)(2)(A). (lkaine, Usbc) (Entered: 11/04/2015) |
| 11/04/2015 | 91<br>(5 pgs) | Notice of Appeal and Statement of Election to District Court filed by Debtor Andre Bisasor Re: 77 Order dated 10/21/15 (Re: 72 Emergency Motion for Contempt. Appellant Designation due by 11/18/2015. Compiled Records Due by 12/2/2015. Transmission of Designation Due by 12/4/2015. (lkaine, Usbc) (Entered: 11/05/2015) |
| 11/05/2015 | 92<br>(1 pg) | Motion filed by Debtor Andre Bisasor to Waive Fee for Appeal. (lkaine, Usbc) (Entered: 11/05/2015) |
| 11/05/2015 | 93<br>(1 pg) | Notice of Appeal to District Court Re: 91 Notice of Appeal and Statement of Election filed by Debtor Andre Bisasor. (lkaine, Usbc) (Entered: 11/05/2015) |
| 11/05/2015 | 94<br>(17 pgs; 2 docs) | Initial Transmittal to District Court (Re: 91 Notice of Appeal and Statement of Election to District Court filed by Debtor Andre Bisasor Re: 77 Order dated 10/21/15 (Re: 72 Emergency Motion for Contempt). (lkaine, Usbc) (Entered: 11/05/2015) |
| 11/06/2015 | 95<br>(1 pg) | Endorsed Order dated 11/6/2015 Re: 92 Motion filed by Debtor Andre Bisasor to Waive Fee for Appeal. THE COURT WILL RULE ON THIS MOTION UPON THE DEBTOR'S FILING OF UPDATED SCHEDULES I AND J IN SUPPORT OF HIS REQUEST. (lkaine, Usbc) (Entered: 11/06/2015) |
| 11/06/2015 | 96<br>(2 pgs) | BNC Certificate of Mailing - PDF Document. (Re: 90 Order on Motion to Extend Time to Appeal Under Rule 8002(c)) Notice Date 11/06/2015. (Admin.) (Entered: 11/07/2015) |
| | 97<br>(1 pg) | Statement of Issues , Appellant Designation of Contents For Inclusion in Record On Appeal Filed by Debtor Andre Bisasor (RE: 91 Notice of Appeal and Statement of Election). Appellee designation due by 11/23/2015. |

| 11/07/2015 | | (Baker, David) (Entered: 11/07/2015) |
|---|---|---|
| 11/08/2015 | <u>98</u><br>(2 pgs) | BNC Certificate of Mailing - PDF Document. (Re: <u>95</u> Order on Motion to Waive) Notice Date 11/08/2015. (Admin.) (Entered: 11/09/2015) |
| 11/13/2015 | 99 | Notice of Docketing Record on Appeal to District Court. Case Number: 15-13813 Re: <u>91</u> Notice of Appeal and Statement of Election filed by Debtor Andre Bisasor. (lkaine, Usbc) (Entered: 11/13/2015) |
| 11/16/2015 | <u>100</u><br>(3 pgs) | Motion filed by Debtor Andre Bisasor to Waive Appellate Fees. (lkaine, Usbc) (Entered: 11/17/2015) |
| 11/16/2015 | <u>101</u><br>(20 pgs) | Notice of Appeal and Statement of Election to District Court. Fee Amount $298. Filed by Debtor Andre Bisasor Re: <u>71</u> Order dated 10/19/15 (Re: <u>13</u> Motion for Relief From Stay filed by Creditor Greystar Management Services LP, <u>14</u> Motion for Relief From Stay filed by Creditor Greystar Management Services LP. Appellant Designation due by 11/30/2015. Compiled Records Due by 12/14/2015. Transmission of Designation Due by 12/16/2015. (lkaine, Usbc) (Entered: 11/17/2015) |
| 11/17/2015 | <u>102</u><br>(1 pg) | Notice of Appeal to District Court Re: <u>101</u> Notice of Appeal and Statement of Election filed by Debtor Andre Bisasor. (lkaine, Usbc) (Entered: 11/17/2015) |
| 11/17/2015 | <u>103</u><br>(51 pgs; 2 docs) | Initial Transmittal to District Court Re: <u>101</u> Notice of Appeal and Statement of Election filed by Debtor Andre Bisasor. (lkaine, Usbc) (Entered: 11/17/2015) |
| | <u>104</u><br>(1 pg) | Order dated 11/20/2015 Re: <u>100</u> Motion filed by Debtor Andre Bisasor to Waive Appellate Fees. THE COURT WILL RULE ON THIS MOTION UPON THE DEBTOR'S FILING OF UPDATED SCHDULES I AND J TO SUPPORT HIS REQUEST. THE COURT ALSO CONSTRUES THIS MOTION AS REQUEST FOR AN EXTENSION OF TIME TO FILE AMENDED SCHEDULES PURSUANT TO THE COURT'S ORDER DATED 11/06/15 (DOC. NO. 95), WHICH IS ALLOWED. THE DEBTOR SHALL FILE AMENDED SCHEDULES I AND J BY 11/27/15 TO SUPPORT HIS REQUEST UNDER THIS MOTION |

| | | |
|---|---|---|
| 11/20/2015 | | AND DOC. NO. 92. (lkaine, Usbc) (Entered: 11/20/2015) |
| 11/22/2015 | <u>105</u> (2 pgs) | BNC Certificate of Mailing - PDF Document. (Re: <u>104</u> Order on Motion to Waive) Notice Date 11/22/2015. (Admin.) (Entered: 11/23/2015) |
| 11/25/2015 | <u>106</u> (3 pgs) | Motion filed by Debtor Andre Bisasor to Extend Time to File Documents Re: <u>104</u> Order dated 11/20/2015 (Re: <u>100</u> Motion to Waive Appellate Fees).(lkaine, Usbc) (Entered: 11/27/2015) |
| 12/01/2015 | <u>107</u> (1 pg) | Certification of Default Re: <u>101</u> Notice of Appeal and Statement of Election filed by Debtor Andre Bisasor. (lkaine, Usbc) (Entered: 12/01/2015) |
| 12/01/2015 | <u>108</u> (14 pgs; 2 docs) | Transmittal to District Court Re: <u>107</u> Certification of Default. (lkaine, Usbc) (Entered: 12/01/2015) |
| 12/01/2015 | <u>109</u> (1 pg) | Endorsed Order dated 12/1/2015 Re: <u>106</u> Motion filed by Debtor Andre Bisasor to Extend Time to File Documents (Re: <u>100</u> Motion to Waive Appellate Fees). ALLOWED. (lkaine, Usbc) (Entered: 12/02/2015) |
| 12/02/2015 | <u>110</u> (48 pgs; 2 docs) | Transmittal of Complete Record on Appeal to District Court Re: <u>91</u> Notice of Appeal and Statement of Election filed by Debtor Andre Bisasor. (lkaine, Usbc) (Entered: 12/02/2015) |
| 12/02/2015 | <u>111</u> (14 pgs; 2 docs) | Transmittal of Addendum of Appeal Re: <u>91</u> Notice of Appeal and Statement of Election filed by Debtor Andre Bisasor. (lkaine, Usbc) (Entered: 12/02/2015) |
| 12/02/2015 | <u>112</u> (1 pg) | Appellant Designation of Contents For Inclusion in Record On Appeal , Statement of Issues Filed by Debtor Andre Bisasor (RE: <u>101</u> Notice of Appeal and Statement of Election, <u>102</u> Notice of Appeal to District Court). Appellee designation due by 12/16/2015. (Baker, David) (Entered: 12/02/2015) |
| 12/04/2015 | <u>113</u> (2 pgs) | BNC Certificate of Mailing - PDF Document. (Re: <u>109</u> Order on Motion to Extend) Notice Date 12/04/2015. (Admin.) (Entered: 12/05/2015) |

| | | |
|---|---|---|
| 12/08/2015 | <u>114</u><br>(2 pgs) | Appellant Designation of Contents For Inclusion in Record On Appeal *(Corrected)*, Statement of Issues *(Corrected)*, Filed by Debtor Andre Bisasor (RE: <u>101</u> Notice of Appeal and Statement of Election). Appellee designation due by 12/22/2015. (Baker, David) (Entered: 12/08/2015) |
| 12/09/2015 | 115 | Notice of Docketing Record on Appeal to District Court Re: <u>101</u> Notice of Appeal and Statement of Election filed by Debtor Andre Bisasor. Case Number: 15-13964. (lkaine, Usbc) (Entered: 12/09/2015) |
| 12/09/2015 | | Meeting of Creditors Held and Examination of Debtor *held on 12/9/2015, Debtor's Counsel appeared telephonically, Debtor did not appear.* (Bankowski-13, Carolyn) (Entered: 12/09/2015) |
| 12/18/2015 | <u>116</u><br>(3 pgs) | Notice of Settlement filed by Debtor Andre Bisasor. (lkaine, Usbc) (Entered: 12/18/2015) |
| 12/23/2015 | <u>117</u><br>(292 pgs; 2 docs) | Transmittal of Record on Appeal to District Court Re: <u>101</u> Notice of Appeal and Statement of Election filed by Debtor Andre Bisasor. (lkaine, Usbc) (Entered: 12/23/2015) |
| 12/23/2015 | <u>118</u><br>(15 pgs; 2 docs) | Transmittal of Supplemental Record on Appeal to District Court Re: <u>101</u> Notice of Appeal and Statement of Election filed by Debtor Andre Bisasor. (lkaine, Usbc) (Entered: 12/23/2015) |
| 01/04/2016 | <u>119</u><br>(10 pgs; 3 docs) | Application for Compensation and Reimbursement of Expenses with certificate of service for David G. Baker, Debtor's Attorney, Period: 9/1/2015 to 1/1/2016, Fee: $12,250.00, Expenses: $124.57. (Attachments: # <u>1</u> Timesheet # <u>2</u> Telephone Call Log) (Baker, David) (Entered: 01/04/2016) |
| 01/04/2016 | <u>120</u><br>(3 pgs) | Motion filed by David G. Baker to Withdraw as Attorney for Debtor Andre Bisasor with certificate of service. (Baker, David) (Entered: 01/04/2016) |
| | <u>121</u><br>(1 pg) | Supplemental Certificate of Service (Re: <u>119</u> Application for Compensation, <u>120</u> Motion to Withdraw as Attorney) filed by Debtor Andre Bisasor (Baker, David) (Entered: 01/05/2016) |

| 01/05/2016 | | |
| --- | --- | --- |
| 01/05/2016 | [122](#) (1 pg) | Endorsed Order dated 1/5/2016 Re: [120](#) Motion filed by David G. Baker to Withdraw as Attorney for Debtor Andre Bisasor. THE REQUEST TO WITHDRAW AS COUNSEL IS ALLOWED. THE MOVANT'S REQUEST THAT THE DEBTOR BE ORDERED TO CEASE COMMUNICATION WITH THE MOVANT AND ATTORNEY KITAEFF IS DENIED AS SUCH REQUEST IS SUBSTANTIVELY AND PROCEDURALLY IMPROPER. (lkaine, Usbc) (Entered: 01/05/2016) |
| 01/05/2016 | [123](#) (1 pg) | Notice of Appearance and Request for Notice by David G. Baker with certificate of service filed by Other Professional David G. Baker (Baker, David) (Entered: 01/05/2016) |
| 01/06/2016 | [124](#) (1 pg) | Notice to Pro Se Debtors. (ADI) (Entered: 01/06/2016) |
| 01/06/2016 | [125](#) (2 pgs) | Notice of Voluntary Conversion to Chapter 7 filed by Debtor Andre Bisasor. Fee Amount $25 (lkaine, Usbc) (Entered: 01/06/2016) |
| 01/06/2016 | [126](#) (6 pgs) | Notice of Intent to file Response filed by Debtor Andre Bisasor Re: [119](#) Application for Compensation and Reimbursement of Expenses for David G. Baker, Debtor's Attorney, Period: 9/1/2015 to 1/1/2016, Fee: $12,250.00, Expenses: $124.57., [120](#) Motion filed by David G. Baker to Withdraw as Attorney for Debtor Andre Bisasor. (lkaine, Usbc) (Entered: 01/06/2016) |
| 01/06/2016 | [127](#) (2 pgs) | Court's Order of Deficiency Re: [125](#) Notice of Debtor(s)Voluntary Conversion to Chapter 7 filed by Debtor Andre Bisasor. The deadline to cure the deficiency is 1/13/2016 at 04:30 PM. (lkaine, Usbc) (Entered: 01/06/2016) |
| 01/06/2016 | [128](#) (1 pg) | Court Certificate of Mailing Re: [127](#) Court's Order of Deficiency. (lkaine, Usbc) (Entered: 01/06/2016) |
| | | Meeting of Creditors. 341(a) meeting to be held on |

| | | |
|---|---|---|
| 01/06/2016 | | 2/2/2016 at 10:30 AM at Room 325-B, U.S. Trustee Office, J.W. McCormack Post Office & Court House, Boston, MA. Deadline to object to debtor`s discharge or challenge dischargeability of certain debts is 4/4/2016. (sas) (Entered: 01/06/2016) |
| 01/06/2016 | <u>129</u> (1 pg) | Endorsed Order dated 1/6/2016 Re: <u>75</u> Chapter 13 Trustee's Motion for Order Dismissing Case. THIS MOTION IS MOOT AS THE DEBTOR'S CHAPTER 13 CASE HAS BEEN CONVERTED TO A CASE UNDER CHAPTER 7. THE HEARING SCHEDULED FOR JAN. 7, 2016 IS CANCELED. (lkaine, Usbc) (Entered: 01/06/2016) |
| 01/06/2016 | <u>130</u> (3 pgs) | Supplemental Certificate of Service Re: <u>125</u> Notice of Debtor(s) Voluntary Conversion to Chapter 7, filed by Debtor Andre Bisasor. (lkaine, Usbc) (Entered: 01/06/2016) |
| 01/06/2016 | | Receipt of Conversion Chapter 7 Filing Fee - $25.00 by NR. Receipt Number 631632. (adi) (Entered: 01/07/2016) |
| 01/07/2016 | <u>131</u> (1 pg) | Certificate of Appointment and Acceptance of Trustee and Fixing of Bond. (ADI) (Entered: 01/07/2016) |
| 01/07/2016 | <u>132</u> (2 pgs) | BNC Certificate of Mailing - PDF Document. (Re: <u>122</u> Order on Motion to Withdraw as Attorney) Notice Date 01/07/2016. (Admin.) (Entered: 01/08/2016) |
| 01/08/2016 | <u>133</u> (1 pg) | Endorsed Order dated 1/8/2016 Re: <u>92</u> Motion filed by Debtor Andre Bisasor to Waive Fee for Appeal. MOTION DENIED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER OF NOVEMBER 20, 2015. (lkaine, Usbc) (Entered: 01/08/2016) |
| 01/08/2016 | <u>134</u> (1 pg) | Clerk's Notice of Fees Due. Fee due by 1/22/2016 Re: <u>91</u> Notice of Appeal and Statement of Election filed by Debtor Andre Bisasor. (lkaine, Usbc) (Entered: 01/08/2016) |
| 01/08/2016 | <u>135</u> (2 pgs) | BNC Certificate of Mailing - PDF Document. (Re: <u>129</u> Order on Chapter 13 Trustee's Motion to Dismiss Case) Notice Date 01/08/2016. (Admin.) (Entered: 01/09/2016) |

| | | |
|---|---|---|
| 01/08/2016 | <u>136</u><br>(2 pgs) | BNC Certificate of Mailing. (Re: <u>124</u> Notice to ProSe Debtors.) Notice Date 01/08/2016. (Admin.) (Entered: 01/09/2016) |
| 01/10/2016 | <u>137</u><br>(2 pgs) | BNC Certificate of Mailing. (Re: <u>134</u> Clerk's Notice of Fees Due) Notice Date 01/10/2016. (Admin.) (Entered: 01/11/2016) |
| 01/10/2016 | <u>138</u><br>(2 pgs) | BNC Certificate of Mailing - PDF Document. (Re: <u>133</u> Order on Motion to Waive) Notice Date 01/10/2016. (Admin.) (Entered: 01/11/2016) |
| 01/13/2016 | <u>139</u><br>(3 pgs) | Court's Notice of 341 sent. (sas) (Entered: 01/13/2016) |
| 01/15/2016 | <u>140</u><br>(5 pgs) | BNC Certificate of Mailing - Meeting of Creditors. (Re: <u>139</u> Court's Notice of 341 sent Individual No Asset) Notice Date 01/15/2016. (Admin.) (Entered: 01/16/2016) |
| 01/20/2016 | <u>141</u><br>(2 pgs) | Request filed by Debtor Andre Bisasor to Extend Time to Respond Re: <u>119</u> Application for Compensation, <u>120</u> Motion to Withdraw as Attorney, with certificate of service. (lkaine, Usbc) (Entered: 01/20/2016) |
| 01/20/2016 | <u>142</u><br>(1 pg) | Notice of Change of Address of Debtor, filed by Debtor Andre Bisasor. (lkaine, Usbc) (Entered: 01/20/2016) |
| 01/20/2016 | <u>143</u><br>(1 pg) | Request filed by Debtor Andre Bisasor for Leave to File Papers By Fax. (lkaine, Usbc) (Entered: 01/20/2016) |
| 01/20/2016 | <u>144</u><br>(2 pgs) | Court's Order of Deficiency Re: <u>142</u> Notice of Change of Address of Debtor. The deadline to cure the deficiency is 1/27/2016 at 04:30 PM. (lkaine, Usbc) (Entered: 01/20/2016) |
| | <u>145</u><br>(1 pg) | Endorsed Order dated 1/21/2016 Re: <u>141</u> Request filed by Debtor Andre Bisasor to Extend Time to Respond (Re: <u>119</u> Application for Compensation, <u>120</u> Motion to Withdraw as Attorney. MOTION ALLOWED IN PART AND DENIED IN PART. THE MOTION IS ALLOWED WITH RESPECT TO THE REQUEST FOR EXTENSION OF TIME TO FILE A RESPONSE TO ATTORNEY BAKER'S APPLICATION FOR COMPENSATION. THE MOTION IS DENIED AS |

| | | |
|---|---|---|
| 01/21/2016 | | MOOT WITH RESPECT TO THE REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO ATTORNEY BAKER'S MOTION TO WITHDRAW IN LIGHT OF THE COURT'S ORDER DATED 01/05/16 (DOC. NO. 122) ALLOWING SUCH MOTION. (lkaine, Usbc) (Entered: 01/21/2016) |
| 01/21/2016 | 146 (1 pg) | Endorsed Order dated 1/21/2016 Re: 143 Request filed by Debtor Andre Bisasor for Leave to File Papers By Fax. MOTION ALLOWED IN PART. THE MOTION IS ALLOWED FOR THE LIMITED PURPOSE OF PERMITTING THE DEBTOR TO FILE BY FAX A RESPONSE TO ATTORNEY BAKER'S APPLICATION FOR COMPENSATION. SUCH RESPONSE SHALL BE NO LONGER THAN 10 PAGES (INCLUSIVE OF ALL EXHIBITS). TO THE EXTENT THE DEBTOR WISHES TO FILE ANY FURTHER DOCUMENTS BY FAX, HE SHALL FILE SEPARATE REQUESTS TO DO SO. (lkaine, Usbc) (Entered: 01/21/2016) |
| 01/22/2016 | 147 (14 pgs) | Request filed by Debtor Andre Bisasor to Reconsider 133 Endorsed Order dated 1/8/2016 (Re: 92 Motion filed by Debtor Andre Bisasor to Waive Fee for Appeal), with certificate of service. (Attachment 1: emails) (Attachment 2: Amended Schedule J) (Attachment 3: Amended Schedule I) (lkaine, Usbc) (Entered: 01/22/2016) |
| 01/22/2016 | 148 (3 pgs) | BNC Certificate of Mailing. (Re: 144 Court's Order of Deficiency) Notice Date 01/22/2016. (Admin.) (Entered: 01/23/2016) |
| 01/22/2016 | 151 (5 pgs) | Amended Schedule(s) I and J Re: 60 Summary of Assets and Liabilities, Statistical Summary of Certain Liabilities, Statement of Financial Affairs, Schedules A-J, filed by Debtor Andre Bisasor. (lkaine, Usbc) (Entered: 01/26/2016) |
| 01/23/2016 | 149 (2 pgs) | BNC Certificate of Mailing - PDF Document. (Re: 145 Order on Motion to Extend) Notice Date 01/23/2016. (Admin.) (Entered: 01/24/2016) |
| | 150 | BNC Certificate of Mailing - PDF Document. (Re: 146 |

| Date | Document | Description |
|---|---|---|
| 01/23/2016 | (2 pgs) | Order on Motion for Leave to File) Notice Date 01/23/2016. (Admin.) (Entered: 01/24/2016) |
| 01/26/2016 | 152 (1 pg) | Endorsed Order dated 1/26/2016 Re: 147 Request filed by Debtor Andre Bisasor to Reconsider 133 Endorsed Order dated 1/8/2016 (Re: 92 Motion filed by Debtor Andre Bisasor to Waive Fee for Appeal). UPON CONSIDERATION OF THE AMENDED SCHEDULES I AND J FILED ON 01/22/16, THE MOTION IS ALLOWED, AND THE DEBTOR'S MOTION TO WAIVE FEE FOR APPEAL (DOC. NO. 92) IS GRANTED. (lkaine, Usbc) (Entered: 01/26/2016) |
| 01/26/2016 | 153 (1 pg) | Endorsed Order dated 1/26/2016 Re: 100 Motion filed by Debtor Andre Bisasor to Waive Appellate Fees. UPON CONSIDERATION OF THE AMENDED SCHEDULES I AND J FILED ON 01/22/16, THE MOTION IS ALLOWED. (lkaine, Usbc) (Entered: 01/26/2016) |
| 01/28/2016 | 154 (2 pgs) | BNC Certificate of Mailing - PDF Document. (Re: 152 Order on Motion To Reconsider) Notice Date 01/28/2016. (Admin.) (Entered: 01/29/2016) |
| 01/28/2016 | 155 (2 pgs) | BNC Certificate of Mailing - PDF Document. (Re: 153 Order on Motion to Waive) Notice Date 01/28/2016. (Admin.) (Entered: 01/29/2016) |
| 02/01/2016 | 156 (2 pgs) | Emergency Request filed by Debtor Andre Bisasor to Extend Time to File Objection Re: 119 Application for Compensation and Reimbursement of Expenses for David G. Baker, Debtor's Attorney, Period: 9/1/2015 to 1/1/2016, Fee: $12,250.00, Expenses: $124.57, with certificate of service. (lkaine, Usbc) (Entered: 02/01/2016) |
| 02/02/2016 | 157 (1 pg) | Endorsed Order dated 2/2/2016 Re: 156 Emergency Request filed by Debtor Andre Bisasor to Extend Time to File Objection (Re: 119 Application for Compensation and Reimbursement of Expenses for David G. Baker). REQUEST GRANTED. THE TIME IS EXTENDED AS REQUESTED. (lkaine, Usbc) (Entered: 02/02/2016) |
| | | Continuance of Meeting of Creditors on 3/1/2016 at 10:30 AM at Room 325-B, U.S. Trustee Office, J.W. |

| | | |
|---|---|---|
| 02/02/2016 | | McCormack Post Office & Court House, Boston, MA. meeting rescheduled at request of debtor (Aquino, John) (Entered: 02/02/2016) |
| 02/04/2016 | [158](#) (2 pgs) | BNC Certificate of Mailing - PDF Document. (Re: [157](#) Order on Motion to Extend) Notice Date 02/04/2016. (Admin.) (Entered: 02/05/2016) |
| 02/05/2016 | [159](#) (2 pgs) | Chapter 13 Trustee's Final Report and Account and Request of Discharge of Trustee. . (Bankowski-13, Carolyn) (Entered: 02/05/2016) |
| 02/05/2016 | | Notice is hereby given to the Chapter 13 Trustee pursuant to Standing Order 2012-01 of this Court that as of this date, there are no outstanding filing fees owed to the Court by the debtor. (mem) (Entered: 02/05/2016) |
| 02/18/2016 | [160](#) (2 pgs) | Final Request filed by Debtor Andre Bisasor to Extend Time to File Objection Re: [119](#) Application for Compensation and Reimbursement of Expenses with certificate of service for David G. Baker, Debtor's Attorney, Period: 9/1/2015 to 1/1/2016, Fee: $12,250.00, Expenses: $124.57. (lkaine, Usbc) (Entered: 02/18/2016) |
| 02/18/2016 | [161](#) (1 pg) | Endorsed Order dated 2/18/2016 Re: [160](#) Final Request filed by Debtor Andre Bisasor to Extend Time to File Objection (Re: [119](#) Application for Compensation and Reimbursement of Expenses). REQUEST GRANTED. (lkaine, Usbc) (Entered: 02/18/2016) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 02/19/2016 14:30:51 | | | |
| **PACER Login:** | mr0142:2601698:0 | **Client Code:** | 338/33393 |
| **Description:** | Docket Report | **Search Criteria:** | 15-13369 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Format: html Page counts for documents: included |
| **Billable** | | | |

2/19/2016

LIVE database

| Pages: | 14 | Cost: | 1.40 |
|--------|-----|-------|------|