# EXHIBIT F

## UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| Andre Bisasor | ) | Chapter 13 |
| | ) | Case No.:  15-13369 |
| Debtor, | ) | |
| | ) | |

/Motion

### NOTICE OF CONVERSION FROM CHAPTER 13 TO CHAPTER 7

I, Andre Bisasor, hereby give notice of voluntary conversion to chapter 7.  This case has not been

previously converted from any other chapter.

Respectfully Submitted,
The Debtor,

*Andre Bisasor*
Andre Bisasor
3000 Presidents Way #3413
Dedham, MA 02026
781-492-5675

Dated: January 5, 2016

2016 JAN 5 PM 4 48   US BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS DIVISION

In re: _Andre Bisasor_                              Case no.: _15-13369_

　　　　　　Debtor.                                 Chapter _13_

### CERTIFICATE OF SERVICE RE:

I, _Andre Bisasor_ , the Debtor in the above matter hereby certify

that on _January 5, 2016_ I mailed a true and completely copy of

_notice of conversion + intent to File_ , a copy of which is attached hereto, via US

Postal Service First Class Mail, with postage prepaid, addressed to the parties noted below my

signature and on the attached pages.

Respectfully submitted:

_Andre Bisasor_

DATED: _1/5/16_          _Andre Bisasor_ , Debtor *Pro se*

Address: _3000 Presidents Way #343_

_Dedham MA 02026_

Telephone Number: _781-492-5675_

John Fitzgerald (by email) and to 5Post office sq, Boston, MA
Carolyn Bankowski (by email) and to P.O. Box 8250, Boston MA 02114
David Baker (by email) and to 236 Huntington Ave, Sta306, Boston MA 02115