UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDRE BISASOR, )<br>    PLAINTIFF, )<br>)<br>VS. )<br>)<br>DANSLAV SLAVENSKOJ, )<br>HARVARD EXTENSION SCHOOL/ )<br>HARVARD UNIVERSITY, ROBERT )<br>H. NEUGEBOREN, MICHAEL )<br>SHINAGEL, HUNTINGTON )<br>LAMBERT, SHIRLEY R. GREENE, )<br>MARGARET C. ANDREWS, ASHLEY )<br>R. POLLACK, PHILIP HARDING, )<br>KRISHAN ARORA, KEN VEDAA, )<br>JENNIFER WEBB, JOHN AND JANE )<br>DOE, AND AFFILIATED COMPANIES )<br>OF EXTENSIONSTUDENT.COM, )<br>    DEFENDANTS. ) | Docket No. 1:16-cv-10105-DJC |

## NOTICE OF APPEARANCE

Please notice the appearance of Attorney Stephen D. Coppolo of the law firm Murphy & Riley, P.C. as counsel for the Defendants President & Fellows of Harvard College (misnamed in the amended complaint as "Harvard Extension School/Harvard University"), Robert H. Neugeboren, Michael Shinagel, Huntington Lambert, Shirley R. Greene, and Margaret C. Andrews.

**Respectfully submitted,**

**DEFENDANTS, PRESIDENT & FELLOWS OF HARVARD COLLEGE (misnamed in the Amended Complaint as "Harvard Extension School/Harvard University"), ROBERT H. NEUGEBOREN, MICHAEL SHINAGEL, HUNTINGTON LAMBERT, SHIRLEY R. GREENE, AND MARGARET C. ANDREWS,**

**By their Attorneys,**

**/s/ Stephen D. Coppolo**
**John P. Coakley, BBO# 558685**
**William P. Mekrut, BBO# 654350**
**Stephen D. Coppolo, BBO#670342**
**MURPHY & RILEY, P.C.**
**101 Summer Street**
**Boston, MA  02110**
**(617) 423-3700**
**jcoakley@murphyriley.com**
**wmekrut@murphyriley.com**
**scoppolo@murphyriley.com**

**DATED: February 19, 2016**

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused a copy of the foregoing to be served upon each of the following non-ECF registered parties via first-class mail, postage prepaid:

Joseph P. Dever, Esquire
Riley & Dever, P.C.
Lynnfield Woods Office Park
210 Broadway, Suite 101
Lynnfield, MA  01940-2351

Andre Bisasor, *pro se*
3000 Presidents Way #3413
Dedham, MA  02026

Andre Bisasor, *pro se*
19 Drum Hill Road, #233
Chelmsford, MA 01824

Ken Vedaa, *pro se*
16970 Highland Cir
Paeonian Springs, VA 20129

Danslav Slavenskoj, *pro se*
2 Greenough Ave., #8
Boston, MA 02130

/s/ Stephen D. Coppolo
Stephen D. Coppolo, BBO# 670342

DATED:   February 19, 2016