UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 1:16-cv-10105-DJC

ANDRE BISASOR,
    PLAINTIFF,

VS.

DANSLAV SLAVENSKOJ, HARVARD EXTENSION SCHOOL/ HARVARD UNIVERSITY, ROBERT H. NEUGEBOREN, MICHAEL SHINAGEL, HUNTINGTON LAMBERT, SHIRLEY R. GREENE, MARGARET C. ANDREWS, ASHLEY R. POLLOCK, PHILIP HARDING, KRISHAN ARORA, KEN VEDAA, JENNIFER WEBB, JOHN AND JANE DOE, AND AFFILIATED COMPANIES OF EXTENSIONSTUDENT.COM,
    DEFENDANTS.

## NOTICE OF APPEARANCE

Please enter our appearance in the above-referenced matter on behalf of the Defendants, Philip Harding, Ashley R. Pollock and Krishan Arora.

PHILIP HARDING, ASHLEY POLLOCK
AND KRISHAN ARORA,

By their attorneys,

/s/ Joseph P. Dever
Joseph P. Dever, (BBO #564237)
Theresa Finn Dever (BBO # 564319)
RILEY & DEVER, P.C.
210 Broadway, Suite 101
Lynnfield, MA 01940-2351
Telephone: 781.581.9880
Facsimile: 781.581.7301
jdever@rileydever.com
tdever@rileydever.com

Dated: February 22, 2016

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused a copy of the foregoing to be served upon each of the following non-ECF registered parties via first class mail, postage prepaid:

John P. Coakley, Esquire
William P. Mekrut, Esquire
Stephen D. Coppolo, Esquire
MURPHY & RILEY, P.C.
101 Summer Street
Boston, MA 02110

Andre Bisasor, *pro se*
3000 Presidents Way #3413
Dedham, MA 02026

Andre Bisasor, *pro se*
19 Drum Hill Road, #233
Chelmsford, MA 01824

Ken Vedaa, *pro se*
16970 Highland Cir.
Paeonian Springs, VA 20129

Danslav Slavenskoj, *pro se*
2 Greenough Ave., #8
Boston, MA 02130


/s/ Joseph P. Dever
Joseph P. Dever, BBO #564237


Dated: February 22, 2016