UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDRE BISASOR,           )<br>        PLAINTIFF,       )<br>                          )<br>VS.                       )<br>                          )<br>DANSLAV SLAVENSKOJ,       )<br>HARVARD EXTENSION SCHOOL/ )<br>HARVARD UNIVERSITY, ROBERT )<br>H. NEUGEBOREN, MICHAEL    )<br>SHINAGEL, HUNTINGTON      )<br>LAMBERT, SHIRLEY R. GREENE, )<br>MARGARET C. ANDREWS, ASHLEY )<br>R. POLLACK, PHILIP HARDING, )<br>KRISHAN ARORA, KEN VEDAA, )<br>JENNIFER WEBB, JOHN AND JANE )<br>DOE, AND AFFILIATED COMPANIES )<br>OF EXTENSIONSTUDENT.COM,  )<br>        DEFENDANTS.      ) | Docket No. 1:16-cv-10105-DJC |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 7.3 of the Local Rules of the U.S. District Court for the District of Massachusetts, Defendant President and Fellows of Harvard College (misnamed in the Amended Complaint as "Harvard Extension School/Harvard University") (hereinafter, "Harvard"), makes the following disclosure: Harvard does not have a parent corporation and there is no publicly held corporation that owns more than 10 percent of Harvard.

        **Respectfully submitted,**

        **DEFENDANT PRESIDENT & FELLOWS OF HARVARD COLLEGE (misnamed in the Amended Complaint as "Harvard Extension School/Harvard University")**

        **By its Attorneys,**

        **/s/ Stephen D. Coppolo**
        **John P. Coakley, BBO# 558685**
        **William P. Mekrut, BBO# 654350**
        **Stephen D. Coppolo, BBO#670342**
        **MURPHY & RILEY, P.C.**
        **101 Summer Street**
        **Boston, MA  02110**
        **(617) 423-3700**
        **jcoakley@murphyriley.com**
        **wmekrut@murphyriley.com**
        **scoppolo@murphyriley.com**

**DATED: March 3, 2016**

## CERTIFICATE OF SERVICE

    I hereby certify that on this date, upon information and belief, the Court's ECF system will serve an electronic copy of the foregoing upon the following counsel of record:

    Joseph P. Dever, Esquire
    Riley & Dever, P.C.
    Lynnfield Woods Office Park
    210 Broadway, Suite 101
    Lynnfield, MA  01940-2351

    I further certify that on this date, I caused a copy of the foregoing to be served upon each of the following non-ECF registered parties via first-class mail, postage prepaid:

    Andre Bisasor, *pro se*
    3000 Presidents Way #3413
    Dedham, MA  02026

    Andre Bisasor, *pro se*
    19 Drum Hill Road, #233
    Chelmsford, MA 01824

Ken Vedaa, *pro se*
16970 Highland Cir
Paeonian Springs, VA 20129

Danslav Slavenskoj, *pro se*
2 Greenough Ave., #8
Boston, MA 02130

                                              /s/ Stephen D. Coppolo
                                              Stephen D. Coppolo, BBO# 670342

DATED:   March 3, 2016