FILED
IN CLERKS OFFICE
2016 MAR 8 PM 5 12
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES FEDERAL COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL DOCKET NO: 16-CV-10105

ANDRE BISASOR
PLAINTIFF,

V.

DANSLAV SLAVENSKOJ, ET AL,

DEFENDANTS

### ADMINISTRATIVE NOTICE OF CHANGE OF ADDRESS

I, Andre Bisasor, hereby give notice of a change of address: **119 Drum Hill Rd, #233, Chelmsford MA 01824.**

Respectfully Submitted,

_Andre Bisasor_
Plaintiff Andre Bisasor
119 Drum Hill Rd, #223,
Chelmsford MA 01824
781-492-5675

Dated: March 8, 2016

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the following on March 8, 2016.

*/s/ Andre Bisasor*
Plaintiff Andre Bisasor
119 Drum Hill Rd, #233
Chelmsford MA 01824
781-492-5675

William Mekrut

Murphy & Riley P.C.

101 Summer Street

Boston, MA 02110


Joseph P. Dever, Esquire

Riley & Dever, P.C.

Lynnfield Woods Office Park

210 Broadway, Suite 101

Lynnfield, MA 01940-2351


Ken Vedaa, pro se

16970 Highland Cir

Paeonian Springs, VA 20129


Danslav Slavenskoj, pro se

2 Greenough Ave., #8

Boston, MA 02130


Dated: March 8, 2016