UNITED STATES FEDERAL COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL DOCKET NO: 16-CV-10105

ANDRE BISASOR
PLAINTIFF,

V.

DANSLAV SLAVENSKOJ, ET AL,

DEFENDANTS

## ADMINISTRATIVE REQUEST FOR PERMISSION TO FILE PAPERS BY ECF

I, Andre Bisasor, hereby request permission to file papers by ECF for the following reasons:

1. I have changed my address and I have to travel a great distance to come to court.
2. I am not a lawyer and so it is tremendously prohibitive for me to have to physically come to court to file documents or responses on any regular basis and especially if I have to respond to time-sensitive filings by other parties.
3. By the time I get materials from the court in the mail, I may not be able to get to court in time for every time a response or filing required of me in the future.
4. By being allowed to file documents by ECF, it will allow me the ability to file documents on time and allow for some judicial economy.

WHEREFORE, I hereby humbly request this Honorable Court grant my request and/or other relief that the Court deems just and proper.

Respectfully submitted,

Andre Bisasor
119 Drum Hill Rd, #233
Chelmsford MA 01824
781-492-5675

Dated: March 8, 2016

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the following on March 8, 2016.

*Andre Bisasor*
Plaintiff Andre Bisasor
119 Drum Hill Rd, #233
Chelmsford MA 01824
781-492-5675

William Mekrut

Murphy & Riley P.C.

101 Summer Street

Boston, MA 02110


Joseph P. Dever, Esquire

Riley & Dever, P.C.

Lynnfield Woods Office Park

210 Broadway, Suite 101

Lynnfield, MA 01940-2351


Ken Vedaa, pro se

16970 Highland Cir

Paeonian Springs, VA 20129


Danslav Slavenskoj, pro se

2 Greenough Ave., #8

Boston, MA 02130


Dated: March 8, 2016