UNITED STATES FEDERAL COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL DOCKET NO: 16-CV-10105

FILED
IN CLERK'S OFFICE

'16 MAR 8 PM 5 22

U.S. DISTRICT COURT
DISTRICT OF MASS.

ANDRE BISASOR
PLAINTIFF,

V.

DANSLAV SLAVENSKOJ, ET AL,

DEFENDANTS

## ADMINISTRATIVE REQUEST TO WAIVE COSTS FOR COPYING OF PAPERS OF PROCEEDINGS

I Andre Bisasor, the plaintiff in the above-mentioned case, hereby request that this Court grant a motion to waive costs for copying papers of proceedings from the Suffolk Superior Court that are to be transferred to Federal Court. Grounds are as follows:

1. I made a request to court staff at the Suffolk Superior Court for copies of the papers of the proceedings in Suffolk Superior Court to be transferred to the United State Federal District Court.
2. I was told that it would take some time to do it because of the many volumes of paperwork that are related to my case. They would need to disassemble and count each page and then prepare it to be copied and transferred
3. At a later point in time, I was recently contacted by a court employee who advised me that there will be a cost to me for the copies to be made.
4. The court staff at the Suffolk superior court has now informed me that the cost of the copies is over $1000. See Suffolk Superior Court invoice for copy costs. SEE ATTACHED EX. 1
5. I advised the court employee at Suffolk Superior Court that I was unable to afford such a high cost.
6. It was suggested that I contact the federal court clerk's office for further assistance regarding this matter.
7. I subsequently contacted the federal court clerk's office recently and I was informed that there was nothing they could but suggested that I could do a motion to waive the costs to the Federal Judge.
8. Hence I am now doing this motion asking for the costs to be waived so that the copies can be made and then transferred to the Federal Court.

WHEREFORE, I hereby humbly request this Honorable Court grant my request and/or other relief that the Court deems just and proper.

Respectfully submitted,

*Andre Bisasor*
Plaintiff Andre Bisasor
3000 Presidents Way #3413
Dedham MA 02026
781-492-5675

Dated: March 8, 2016

$1312.50  (525 pages x ) $2.50/page)  Boston 2/22/2016  20

To the CLERK OF THE SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT
FOR CIVIL BUSINESS IN THE COUNTY OF SUFFOLK:

Please furnish at my expense, in the case of

Andre Bisasor v. Danslav Slavenskoj  No. 2014-3606

Copy of  Certified copies for whole case

Certificate of ..................................................

(Ordered by) Andre Bisasor

(Address) ..................................................

Form CIV.P.86 Rev. 15M 4-96

Exhibit 1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the following on March 8, 2016.

*Andre Bisasor*
Plaintiff Andre Bisasor
119 Drum Hill Rd, #233
Chelmsford MA 01824
781-492-5675

William Mekrut

Murphy & Riley P.C.

101 Summer Street

Boston, MA 02110


Joseph P. Dever, Esquire

Riley & Dever, P.C.

Lynnfield Woods Office Park

210 Broadway, Suite 101

Lynnfield, MA 01940-2351


Ken Vedaa, pro se

16970 Highland Cir

Paeonian Springs, VA 20129


Danslav Slavenskoj, pro se

2 Greenough Ave., #8

Boston, MA 02130


Dated: March 8, 2016