**EXHIBIT A**

**From:** William Mekrut <wmekrut@murphyriley.com>
**To:** Andre Bisasor <quickquantum@aol.com>; Ken Vedaa <ken@vedaa.org>; kvedaa <kvedaa@gmail.com>; d.s <d.s@post.harvard.edu>; jdever <jdever@rileydever.com>
**Cc:** Stephen D. Coppolo <SCoppolo@murphyriley.com>; John Coakley <jcoakley@murphyriley.com>
**Subject:** Bisasor v. Harvard, et al., USDC MA 16-cv-10105, Suffolk Superior Court, 14-03606
**Date:** Thu, Feb 18, 2016 6:57 pm

Dear Parties,

The Harvard Defendants plan to file a motion to remand this matter back to Massachusetts State Court, Suffolk County, tomorrow afternoon. Please let us know if you will assent to the motion or will not oppose it by noon time tomorrow. If you would like to speak with me tomorrow and cannot reach me, you may also contact my colleague, Stephen Coppolo, who is copied on this e-mail.

Thanks,

-Bill Mekrut.

**William P. Mekrut**
Murphy & Riley, P.C.
101 Summer Street, 2nd Floor
Boston, MA  02110
Telephone:  617-423-3700
Facsimile:  617-423-1010
www.MurphyRiley.com

**** CONFIDENTIALITY NOTICE ****

This e-mail message and any documents accompanying this e-mail transmission contain confidential and/or legally privileged information from the law firm of Murphy & Riley, P.C. The information contained herein is intended only for the use of the individual(s) named on the e-mail message. If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of this information or the taking of any action in reliance on the contents of this e-mail transmission is strictly prohibited. If you have received this transmission in error, please reply to the sender advising of the error and delete the message and any accompanying documents from your system immediately. Thank you.

EXHIBIT B

**From:** Andre Bisasor <quickquantum@aol.com>
**To:** wmekrut <wmekrut@murphyriley.com>
**Subject:** Re: Bisasor v. Harvard, et al., USDC MA 16-cv-10105, Suffolk Superior Court, 14-03606
**Date:** Fri, Feb 19, 2016 1:31 pm

Mr. Mekrut:

I just got your message that you left today. Please note that I intend to oppose your motion. However, I would like to speak with you to have a chance to narrow the issues. I am tied up this afternoon but I could talk to you on Monday. Please let me if this is agreeable to you.

Andre Bisasor


-----Original Message-----
From: William Mekrut <wmekrut@murphyriley.com>
To: Andre Bisasor <quickquantum@aol.com>; Ken Vedaa <ken@vedaa.org>; kvedaa <kvedaa@gmail.com>; d.s <d.s@post.harvard.edu>; jdever <jdever@rileydever.com>
Cc: Stephen D. Coppolo <SCoppolo@murphyriley.com>; John Coakley <jcoakley@murphyriley.com>
Sent: Thu, Feb 18, 2016 6:57 pm
Subject: Bisasor v. Harvard, et al., USDC MA 16-cv-10105, Suffolk Superior Court, 14-03606

Dear Parties,

The Harvard Defendants plan to file a motion to remand this matter back to Massachusetts State Court, Suffolk County, tomorrow afternoon. Please let us know if you will assent to the motion or will not oppose it by noon time tomorrow. If you would like to speak with me tomorrow and cannot reach me, you may also contact my colleague, Stephen Coppolo, who is copied on this e-mail.

Thanks,

-Bill Mekrut.

**William P. Mekrut**
Murphy & Riley, P.C.
101 Summer Street, 2nd Floor
Boston, MA 02110
Telephone: 617-423-3700
Facsimile: 617-423-1010
www.MurphyRiley.com

**** CONFIDENTIALITY NOTICE ****
This e-mail message and any documents accompanying this e-mail transmission contain confidential and/or legally privileged information from the law firm of Murphy & Riley, P.C. The information contained herein is intended only for the use of the individual(s) named on the e-mail message. If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of this information or the taking of any action in reliance on the contents of this e-mail transmission is strictly prohibited. If you have received this transmission in error, please reply to the sender advising of the error and delete the message and any accompanying documents from your system immediately. Thank you.

**From:** William Mekrut <wmekrut@murphyriley.com>
**To:** Andre Bisasor <quickquantum@aol.com>
**Subject:** Bisasor v. Harvard, et al., M&R file 338/33393
**Date:** Fri, Feb 19, 2016 5:46 pm
**Attachments:** Motion to Remand (filed).pdf (156K), Memo in Support of Motion to Remand (filed).pdf (287K)

Mr. Bisasor, please find a courtesy copy of the motion to remand and the memo in support of the motion to remand filed today. A hard copy is also being mailed to you. I did not include the attachments to this email because of the volume, but they are being sent via regular mail.

Thanks,

-Bill Mekrut.

**William P. Mekrut**
Murphy & Riley, P.C.
101 Summer Street, 2nd Floor
Boston, MA  02110
Telephone:  617-423-3700
Facsimile:  617-423-1010
www.MurphyRiley.com

**** CONFIDENTIALITY NOTICE ****

This e-mail message and any documents accompanying this e-mail transmission contain confidential and/or legally privileged information from the law firm of Murphy & Riley, P.C. The information contained herein is intended only for the use of the individual(s) named on the e-mail message. If you are not the intended recipient, you are hereby notified that any disclosure, copying or distribution of this information or the taking of any action in reliance on the contents of this e-mail transmission is strictly prohibited. If you have received this transmission in error, please reply to the sender advising of the error and delete the message and any accompanying documents from your system immediately. Thank you.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the following on March 8, 2016.

*Andre Bisasor*
Plaintiff Andre Bisasor
119 Drum Hill Rd, #233
Chelmsford MA 01824
781-492-5675

William Mekrut

Murphy & Riley P.C.

101 Summer Street

Boston, MA 02110


Joseph P. Dever, Esquire

Riley & Dever, P.C.

Lynnfield Woods Office Park

210 Broadway, Suite 101

Lynnfield, MA 01940-2351


Ken Vedaa, pro se

16970 Highland Cir

Paeonian Springs, VA 20129


Danslav Slavenskoj, pro se

2 Greenough Ave., #8

Boston, MA 02130


Dated: March 8, 2016

| Date | Entry | # |
|---|---|---|
| | berespectful of her time and position. (Robert B. Gordon, Justice). Notices mailed 9/3/2015 (entered 9/2/15) | |
| 09/04/2015 | Motion (P#43) The plaintiff is directed to reply to defendant Slavenskoj's Special Emergency Motion to Dismiss within 21 days of the date hereof (Robert B. Gordon, Justice) ( entered 9/2/15) . Notices mailed 9/4/2015 | |
| 09/04/2015 | Pleading(P#46) (Suggestion of Bankruptcy) In accordance with the plaintiff's suggestion of Bankruptcy, an by operation of 11 US c. sec 362, the Action is hereby STAYED as to all parties pending discharge of the bankruptcy estate or other order form the Bankrupcy Court (Robert B. Gordon, Justice) (entered 9/3/15) notice sent 9/4/15 | |
| 09/04/2015 | Motion (P#45) NO ACTION TAKEN. The case has been stayed by order of the Court of today's date (Robert B. Gordon, Justice). (entered 9/3/15) Notices mailed 9/4/2015 | |
| 09/04/2015 | Motion (P#44) NO ACTION TAKEN. The case has been stayed by order of the Court of today's date (Robert B. Gordon, Justice). (entered 9/3/15) Notices mailed 9/4/2015 | |
| 09/04/2015 | Court received letter from Defendant Slavenskoj to Hon. Robert Gordon regarding his motion to Dismiss: NO ACTION TAKEN. The case has been stayed in consideration of the Plaintiff's suggestion of bankruptcy as of today's date (Gordon,J.) (filed and entered 9/3/15) notice sent 9/4/15 | 47 |
| 09/11/2015 | Emergency Opposition to Plaintiff's suggestion of bankruptcy filed by Defendant Danslav Slavenskoj | 48 |
| 09/17/2015 | Emergency Opposition (P#48) Treating this submission as a Request for Reconsideration of the Court's decision to stay the Plaintiff's action pending further direction from the Bankruptcy Court, the request is DENIED. (Robert B. Gordon, Justice). Dated 9/15/15 Notices mailed 9/16/2015 | |
| 10/01/2015 | Defendant Harvard Extension School (as amended), Robert H Neugeboren, Michael Shinagel, Jane Doe's Assented to Motion to<br><br>lift stay | 49 |
| 10/06/2015 | Appearance entered<br>On this date Joseph P Dever, Esq. added for Defendant Philip Harding (as amended) | |
| 11/10/2015 | Endorsement on Motion to lift stay by the defts (#49.0): ALLOWED<br><br>upon review, no opposition having been filed and the law, in any event, being clear, And the defts' motion to dismiss is set down for 1/26/16 @ 2:00pm. (entered 11/2/15) notices mailed 11/9/15 | |
| 12/11/2015 | The following form was generated:<br><br>Notice to Appear<br>Sent On: 12/11/2015 10:21:52 | |
| 12/11/2015 | The following form was generated:<br><br>Notice to Appear<br>Sent On: 12/11/2015 11:12:02 | |
| 01/14/2016 | The following form was generated:<br><br>Notice to Appear<br>Sent On: 01/14/2016 15:37:50 | |
| 01/20/2016 | Defendant Krishan Arora (as amended), Philip Harding (as amended), Ashley R Pollock (as amended)'s  Motion to dismiss all counts<br>of Plaintiff's Amended Complaint (w/o opposition) | 50 |
| 01/20/2016 | Request for hearing filed<br><br>Applies To: Pollock (as amended), Ashley R (Defendant); Harding (as amended), Philip (Defendant); Arora (as amended), Krishan (Defendant) | 51 |
| 01/22/2016 | Notice of Removal to the United States District Court filed by | 52 |