## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDRE BISASOR,                    )<br>    PLAINTIFF,              )<br>                                                )<br>VS.                                              )<br>                                                )<br>DANSLAV SLAVENSKOJ,        )<br>HARVARD EXTENSION SCHOOL/ )<br>HARVARD UNIVERSITY, ROBERT )<br>H. NEUGEBOREN, MICHAEL     )<br>SHINAGEL, HUNTINGTON         )<br>LAMBERT, SHIRLEY R. GREENE, )<br>MARGARET C. ANDREWS, ASHLEY )<br>R. POLLACK, PHILIP HARDING,  )<br>KRISHAN ARORA, KEN VEDAA,   )<br>JENNIFER WEBB, JOHN AND JANE )<br>DOE, AND AFFILIATED COMPANIES )<br>OF EXTENSIONSTUDENT.COM,   )<br>    DEFENDANTS.              ) | Docket No. 1:16-cv-10105-DJC |

### NOTICE OF APPEARANCE

Please notice the appearance of Attorney John P. Coakley of the law firm Murphy & Riley, P.C. as counsel for the Defendants President & Fellows of Harvard College (misnamed in the amended complaint as "Harvard Extension School/Harvard University"), Robert H. Neugeboren, Michael Shinagel, Huntington Lambert, Shirley R. Greene, and Margaret C. Andrews.

Respectfully submitted,

**DEFENDANTS, PRESIDENT & FELLOWS OF HARVARD COLLEGE (misnamed in the Amended Complaint as "Harvard Extension School/Harvard University"), ROBERT H. NEUGEBOREN, MICHAEL SHINAGEL, HUNTINGTON LAMBERT, SHIRLEY R. GREENE, AND MARGARET C. ANDREWS,**

By their Attorneys,

**/s/ John P. Coakley**
**John P. Coakley, BBO# 558685**
**MURPHY & RILEY, P.C.**
**101 Summer Street**
**Boston, MA  02110**
**(617) 423-3700**
**jcoakley@murphyriley.com**

**DATED: April 4, 2016**

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused a copy of the foregoing to be served upon each of the following non-ECF registered parties via first-class mail, postage prepaid:

Joseph P. Dever, Esquire
Riley & Dever, P.C.
Lynnfield Woods Office Park
210 Broadway, Suite 101
Lynnfield, MA  01940-2351

Andre Bisasor, *pro se*
19 Drum Hill Road, #233
Chelmsford, MA 01824

Ken Vedaa, *pro se*
16970 Highland Cir
Paeonian Springs, VA 20129

Danslav Slavenskoj, *pro se*
2 Greenough Ave., #8
Boston, MA 02130

                                                  /s/ John P. Coakley
                                                  John P. Coakley, BBO# 558685

DATED:   April 4, 2016