UNITED STATES FEDERAL COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL DOCKET NO: 16-CV-10105 - DC

---

ANDRE BISASOR
PLAINTIFF,

V.

DANSLAV SLAVENSKOJ,
HARVARD EXTESION SCHOOL/
HARVARD UIVERSITY,
ROBERT H. NEUGEBOREN,
MICHAEL SHINAGEL,
HUNTINGTON LAMBERT,
SHIRLEY R. GREEENE,
MARGARET C. ANDREWS,
ASHLEY R. POLLOCK,
PHILIP HARDING,
KRISHA ARORA,
KEN VEDAA,
JENNIFER WEBB,
JOHN AND JANE DOE,
DEFENDANTS

---

**NOTICE OF APPEAL ON DECISION BY JUDGE DENISE CASPER REGARDING MOTION TO STAY PROCEEDINGS OR IN THE ALTERNATIVE TO EXTEND TIME TO OBJECT MOTION TO REMAND; AND FOR SANCTIONS**

Notice is hereby given that Andre Bisasor, the Plaintiff in the above named case, hereby appeal to the United States Court of Appeals for the Federal Circuit from the order [ECF #19] by Judge Denise J. Casper denying Plaintiff's Motion to Stay, and denying Plaintiff's motion for sanctions against the "Defendants" (Harvard Defendants as well as Defendants Pollock, Arora and Harding), and denying Plaintiff's request in the alternative for an extension of time to file an opposition to Defendants' motion to remand, which was entered in this action on March 31, 2016. This notice is filed within the 30 day timeframe prescribed statute and in accordance with the rules governing computing time.

Respectfully submitted,

*Andre Bisasor*

Plaintiff Andre Bisasor
119 Drum Hill Rd, #233
Chelmsford MA 01824
781-492-5675

Dated: April 29, 2016

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the following on April 29, 2016.

*Andre Bisasor*
Plaintiff Andre Bisasor
119 Drum Hill Rd, #233
Chelmsford MA 01824
781-492-5675

William Mekrut

Murphy & Riley P.C.

101 Summer Street

Boston, MA 02110


Joseph P. Dever, Esquire

Riley & Dever, P.C.

Lynnfield Woods Office Park

210 Broadway, Suite 101

Lynnfield, MA 01940-2351


Ken Vedaa, pro se

16970 Highland Cir

Paeonian Springs, VA 20129


Danslav Slavenskoj, pro se

2 Greenough Ave., #8

Boston, MA 02130


Dated: April 29, 2016