UNITED STATES FEDERAL COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL DOCKET NO: 16-CV-10105

ANDRE BISASOR
PLAINTIFF,

V.

DANSLAV SLAVENSKOJ,
HARVARD EXTESION SCHOOL/
HARVARD UIVERSITY,
ROBERT H. NEUGEBOREN,
MICHAEL SHINAGEL,
HUNTINGTON LAMBERT,
SHIRLEY R. GREEENE,
MARGARET C. ANDREWS,
ASHLEY R. POLLOCK,
PHILIP HARDING,
KRISHA ARORA,
KEN VEDAA,
JENNIFER WEBB,
JOHN AND JANE DOE,
DEFENDANTS

## MOTION TO WAIVE APPELLATE FEE

1. I, Andre Bisasor, the Plaintiff in the above named case, hereby request make this motion to waive the fee for appeal. [NB: The issue on appeal is the order (ECF#19) denying Plaintiff's Motion to Stay, and denying Plaintiff's motion for sanctions against the "Defendants" (Harvard Defendants as well as Defendants Pollock, Arora and Harding), and denying Plaintiff's request in the alternative for an extension of time to file an opposition to Defendants' motion to remand, which was entered in this action on March 31, 2016].

2. In support of this motion, I respectfully represent that I cannot afford the cost for the appellate fee. I previously filed a motion to waive filing fee to enter this case in this court and the court granted that motion. I therefore am making this request on the same grounds and ask that this

court extend the same consideration to this motion to waive the appellate fee that was extended

regarding the initial motion to waive filing fee.

3. [NB: I don't have counsel representing me on this case and I am not a lawyer. I am de facto

operating pro se at this juncture, and so it is my understanding that all my statements and

requests should be construed liberally and interpreted in a light most favorable. Also, as a result

of my being untrained in the law, some of my statements may be inartfully stated or stated with

imprecision. Therefore, it is my understanding that the court should assist me in filling-in any

gaps or applying the law correctly where my attempt to do so may fall short of the correct

language that would have or should have been used by a trained lawyer.]


WHEREFORE, I hereby humbly request this Honorable Court grant my request and/or other relief that

the Court deems just and proper.


Respectfully submitted,

Plaintiff Andre Bisasor
119 Drum Hill Rd, #233
Chelmsford MA 01824
781-492-5675

Dated: April 29, 2016

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the following on April 29, 2016.

Plaintiff Andre Bisasor
119 Drum Hill Rd, #233
Chelmsford MA 01824
781-492-5675

William Mekrut

Murphy & Riley P.C.

101 Summer Street

Boston, MA 02110


Joseph P. Dever, Esquire

Riley & Dever, P.C.

Lynnfield Woods Office Park

210 Broadway, Suite 101

Lynnfield, MA 01940-2351


Ken Vedaa, pro se

16970 Highland Cir

Paeonian Springs, VA 20129


Danslav Slavenskoj, pro se

2 Greenough Ave., #8

Boston, MA 02130


Dated: April 29, 2016