# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: _____ Bisasor v. Slavenskoj _____

District Court Number: _____ 16cv10105-DJC _____

Fee:    Paid?   Yes _X*_   No _____   Government filer _____   *In Forma Pauperis* Yes _____   No _____

| | | | |
|---|---|---|---|
| Motions Pending | Yes _X_ No ____ | Sealed documents | Yes _X_ No ____ |
| *If yes, document #* | 5,9,22,23,24 | *If yes, document #* | 2 |
| *Ex parte* documents | Yes ____ No _X_ | Transcripts | Yes ____ No _X_ |
| *If yes, document #* | | *If yes, document #* | |

Notice of Appeal filed by: Plaintiff/Petitioner _X_   Defendant/Respondent _____   Other: _____

Appeal from:

# #19 Electronic Order
Other information:

# *Motion for Leave to Appeal in forma Pauperis Pending

    I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

# #19 and #21
with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # _21_____ filed on May 2, 2016_____.

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on _May 16, 2016_____.


**ROBERT M. FARRELL**
Clerk of Court


/s/Matthew A. Paine _____
Deputy Clerk


COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**