UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANDRE BISASOR,<br>    PLAINTIFF,<br><br>VS.<br><br>DANSLAV SLAVENSKOJ,<br>HARVARD EXTENSION SCHOOL/<br>HARVARD UNIVERSITY, ROBERT<br>H. NEUGEBOREN, MICHAEL<br>SHINAGEL, HUNTINGTON<br>LAMBERT, SHIRLEY R. GREENE,<br>MARGARET C. ANDREWS, ASHLEY<br>R. POLLACK, PHILIP HARDING,<br>KRISHAN ARORA, KEN VEDAA,<br>JENNIFER WEBB, JOHN AND JANE<br>DOE, AND AFFILIATED COMPANIES<br>OF EXTENSIONSTUDENT.COM,<br>    DEFENDANTS. | Docket No. 1:16-cv-10105-DJC |

**OPPOSITION BY DEFENDANTS PRESIDENT AND FELLOWS OF HARVARD COLLEGE, ROBERT H. NEUGEBOREN, MICHAEL SHINAGEL, HUNTINGTON LAMBERT, SHIRLEY R. GREENE, AND MARGARET C. ANDREWS TO PLAINTIFF'S [SUPPLEMENTAL OR AMENDED] MOTION TO STAY PENDING APPEAL AND MEMORANDUM IN SUPPORT WITH EXHIBITS [ECF # 24]**

On May 2, 2016, the Plaintiff filed a Notice of Appeal [ECF # 21] and simultaneously filed an eleven (11) page Motion to Stay Proceedings Pending Appeal [ECF # 23] (the "Initial Motion"). Four days later, without seeking leave of Court pursuant to L.R. 7.1(b)(3), the Plaintiff filed what he termed a "[Supplemental or Amended] Motion for Stay Pending Appeal and Memorandum in Support with Exhibits" [ECF # 24] (the "Supplemental Motion"). The Supplemental Motion makes the same arguments at greater length, spanning twenty-eight pages[1] and containing fifty-five pages of exhibits that are irrelevant to the question before the Court (*i.e.*, should this litigation be stayed pending an improperly taken appeal).

---

[1] The Plaintiff did not move for leave to exceed the twenty (20) page limitation on motion papers as required pursuant to L.R. 7.1(b)(4).

The Harvard Defendants[2] hereby OPPOSE the Supplemental Motion for the reasons already detailed in their Opposition to the Initial Motion [ECF # 27], filed on May 16, 2016, and incorporated by reference herein.  As explained therein, see id. at 3-6, the Court of Appeals lacks jurisdiction to consider an interlocutory appeal of the Court's denial of a (yet earlier) request for stay, or the Plaintiff's request for sanctions, and therefore there is no reason to halt these proceedings to await a substantive ruling from the First Circuit.

WHEREFORE, the Harvard Defendants respectfully request that this Honorable Court DENY the Plaintiff's "[Supplemental or Amended] Motion for Stay Pending Appeal and Memorandum in Support with Exhibits" [ECF # 24], expeditiously rule upon the Harvard Defendants' unopposed Motion to Remand [ECF # 5], and grant such further relief as it deems just.

---

[2] These are: Defendants President & Fellows of Harvard College (misnamed in the amended complaint as "Harvard Extension School/Harvard University") ("Harvard"), Robert H. Neugeboren, Michael Shinagel, Huntington Lambert, Shirley R. Greene, and Margaret C. Andrews

**Respectfully submitted,**
**DEFENDANTS, PRESIDENT & FELLOWS OF HARVARD COLLEGE (misnamed in the Amended Complaint as "Harvard Extension School/Harvard University"), ROBERT H. NEUGEBOREN, MICHAEL SHINAGEL, HUNTINGTON LAMBERT, SHIRLEY R. GREENE, AND MARGARET C. ANDREWS,**

**By their Attorneys,**

**/s/ William P. Mekrut**
**John P. Coakley, BBO# 558685**
**William P. Mekrut, BBO# 654350**
**Stephen D. Coppolo, BBO#670342**
**MURPHY & RILEY, P.C.**
**101 Summer Street**
**Boston, MA  02110**
**(617) 423-3700**
**jcoakley@murphyriley.com**
**wmekrut@murphyriley.com**
**scoppolo@murphyriley.com**

**DATED: May 20, 2016**

### CERTIFICATE OF SERVICE

I hereby certify that on this date, upon information and belief, the Court's ECF system will serve an electronic copy of the foregoing upon the following *pro se* parties and counsel of record:

Joseph P. Dever, Esquire
Riley & Dever, P.C.
Lynnfield Woods Office Park
210 Broadway, Suite 101
Lynnfield, MA  01940-2351

Andre Bisasor, *pro se*
19 Drum Hill Road, #233
Chelmsford, MA 01824

      I further certify that on this date, I caused a copy of the foregoing to be served upon each of the following non-ECF registered parties via first-class mail, postage prepaid:

Ken Vedaa, *pro se*
16970 Highland Cir
Paeonian Springs, VA 20129

Danslav Slavenskoj, *pro se*
2 Greenough Ave., #8
Boston, MA 02130

                                                /s/ William P. Mekrut
                                                William P. Mekrut, BBO# 654350

DATED:  May 20, 2016