UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANDRE BISASOR
        Plaintiff(s)

V.     CIVIL ACTION NO. 16-10105-DJC

DANSLAV SLAVENSKOJ ET AL.
        Defendant(s)

CASPER, D.J.

## ORDER OF REMAND

In accordance with the Court's allowance of the defendant's Motion to Remand on June 24, 2016; it is hereby ORDERED:

Case is REMANDED to Suffolk County Superior Court.

Robert Farrell, Clerk

June 24, 2016                     By: /s/ Timothy R. Maynard
        Deputy Clerk