UNITED STATES FEDERAL FIRST CIRCUIT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL DOCKET NO: 16-1546

| | |
|---|---|
| ANDRE BISASOR <br> PLAINTIFF, <br><br> V. <br><br> DANSLAV SLAVENSKOJ, ET AL, <br> DEFENDANTS | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF APPEAL ON ORDERS ENTERED BY JUDGE DENISE CASPER REGARDING VARIOUS MOTIONS IN DISTRICT COURT FOR CASE # 16-CV-10105**

Notice is hereby given that Andre Bisasor, the Plaintiff in the above named case, hereby appeal to the United States Court of Appeals for the Federal Circuit from the orders entered by Judge Denise J. Casper in the United States District Court for The District of Massachusetts, as follows:

1) #38 - ELECTRONIC ORDER entered 6/24/16. Re:
    a. [31] MOTION for Application or Recognition of the Automatic Stay filed by Andre Bisasor. DENIED in light of the Court's ruling in D. 19 (prior order denying Plaintiff's motion for stay) and the Court's ruling on D. 22
    b. [30] MOTION for Leave to File filed by Andre Bisasor, DENIED in light of the Court's ruling in D. 19 (prior order denying Plaintiff's motion for stay) and the Court's ruling on D. 22.
    c. [29] MOTION for Leave to File filed by Andre Bisasor, DENIED in light of the Court's ruling in D. 19 (prior order denying Plaintiff's motion for stay) and the Court's ruling on D. 22.
    d. [24] MOTION to Stay filed by Andre Bisasor, DENIED in light of the Court's ruling in D. 19 (prior order denying Plaintiff's motion for stay) and the Court's ruling on D. 22.
    e. [23] MOTION to Stay filed by Andre Bisasor, DENIED in light of the Court's ruling in D. 19 (prior order denying Plaintiff's motion for stay) and the Court's ruling on D. 22.

2) #39 - ELECTRONIC ORDER entered 6/24/16. Re:

   a. [36] MOTION for Leave to File Reply To Opposition By Harvard Defendants filed by Andre Bisasor, DENIED as moot.
   b. [35] MOTION for Leave to File Reply filed by Andre Bisasor. DENIED as moot.
3) #40 - ELECTRONIC ORDER entered 6/24/16. Re:
   a. [5] MOTION to Remand to State Court filed by Huntington Lambert, Margaret C. Andrews, Shirley R. Greene, Robert H. Neugeboren, Michael Shinagel, Harvard Extension School/Harvard University, Motion to remand to Suffolk Superior Court is GRANTED.
   b. [9] MOTION to Remand filed by Philip Harding, Ashley R. Pollock, Krishan Arora. Having reviewed the motion to remand, D. 5, 9, and having received no opposition to same despite having extended the time for Plaintiff to do so until April 15, 2016, D. 19, Motion to remand to Suffolk Superior Court is GRANTED.
4) #41 - ORDER entered 6/24/16. ORDER OF REMAND to the Suffolk County Superior Court.

I also intend/request that my appeal of all of these orders be consolidated into one Appeal, along with my prior Appeal/Notice of Appeal made on 5/2/16 with assigned USCA case number 16-546.

Respectfully submitted,

*Andre Bisasor*
Plaintiff Andre Bisasor
119 Drum Hill Rd, #233
Chelmsford MA 01824
781-492-5675

Dated: July 18, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on this date, upon information and belief, the Court's ECF system will serve an electronic copy of the foregoing upon the following counsel of record:

William Mekrut

Murphy & Riley P.C.

101 Summer Street

Boston, MA 02110


Joseph P. Dever, Esquire

Riley & Dever, P.C.

Lynnfield Woods Office Park

210 Broadway, Suite 101

Lynnfield, MA 01940-2351


I further certify that on this date, I caused a copy of the foregoing to be served upon each of the following non-ECF registered parties:

Ken Vedaa, pro se

16970 Highland Cir

Paeonian Springs, VA 20129


Danslav Slavenskoj, pro se

2 Greenough Ave., #8

Boston, MA 02130


*Andre Bisasor*
Plaintiff Andre Bisasor
119 Drum Hill Rd, #233
Chelmsford MA 01824
781-492-5675

Dated: July 18, 2016