# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

## ABBREVIATED ELECTRONIC RECORD

Case Caption: Bisasor v. Slavenskoj

District Court Number: 16cv10105-DJC

Fee:  Paid? Yes ____  No  X  ___   Government filer ____   *In Forma Pauperis* Yes ____   No ____

Motions Pending   Yes ____ No  X  ___   Sealed documents   Yes  X  ___ No ____
If yes, document # _____   If yes, document #   2

Ex parte documents   Yes ____ No  X  ___   Transcripts   Yes ____ No  X  ___
If yes, document # _____   If yes, document # _____

Notice of Appeal filed by: Plaintiff/Petitioner  X  ___   Defendant/Respondent ____   Other: ____

Appeal from:

#39 Electronic Order, #40 Electronic Order, #41 Order of Remand

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#39, #40, #41, and #43

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal #  43  filed on July 18, 2016 .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on  July 25, 2016 .

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**