# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption:  Bisasor v. Slavenskoj

District Court Number:  16cv10105-DJC

Fee:    Paid?   Yes _____   No _X___   Government filer _____   *In Forma Pauperis* Yes _____   No _____

Motions Pending      Yes _____ No _X___          Sealed documents      Yes _X___ No _____
*If yes, document #* _____          *If yes, document #*     2_____

*Ex parte* documents   Yes _____ No _X___          Transcripts           Yes _____ No _X___
*If yes, document #* _____          *If yes, document #*     _____

Notice of Appeal filed by: Plaintiff/Petitioner _X___   Defendant/Respondent _____   Other: _____

Appeal from:

#38 Electronic Order, #39 Electronic Order, #40 Electronic Order, #41 Order of Remand
Other information:

   I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

## #38, #39,#40,#41and #43

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # _43_____ filed on July 18, 2016 _____.

   In testimony whereof, I hereunto set my hand and affix the seal of this Court on  July 25, 2016 _____.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**

APPEAL,PaperRecord

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: <u>1:16–cv–10105–DJC</u>

Bisasor v. Slavenskoj

Assigned to: Judge Denise J. Casper

Case in other court:  Suffolk Superior Court, 14–03606C

USCA – First Circuit, 16–01546

Cause: 5:8470 Enforcement of Judgment Against Retirement Benefits

Date Filed: 01/25/2016

Date Terminated: 06/24/2016

Jury Demand: Plaintiff

Nature of Suit: 440 Civil Rights: Other

Jurisdiction: Federal Question

**Plaintiff**

**Pro Se Party Andre Bisasor**              represented by    **Andre Bisasor**
119 Drum Hill Road #233
Chelmsford, MA 01824
781–492–5675
Email: <u>quickquantum@aol.com</u>
PRO SE

V.

**Defendant**

**Danslav Slavenskoj**

**Defendant**

**Harvard Extension School/Harvard University**              represented by    **John P. Coakley**
Murphy & Riley PC
141 Tremont Street
Boston, MA 02111
617–423–3700
Fax: 617–423–1010
Email: <u>jcoakley@murphyriley.com</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William P. Mekrut**
Murphy & Riley, PC
101 Summer Street, 2nd Flr.
Boston, MA 02110
617–423–3700
Email: <u>WMekrut@MurphyRiley.com</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen D. Coppolo**
Murphy & Riley, P.C.
101 Summer Street
Boston, MA 02110

617−423−3700
Fax: 617−423−1010
Email: scoppolo@murphyriley.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Robert H. Neugeboren**                    represented by  **John P. Coakley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William P. Mekrut**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen D. Coppolo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Shinagel**                        represented by  **John P. Coakley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William P. Mekrut**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen D. Coppolo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Huntington Lambert**                       represented by  **John P. Coakley**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William P. Mekrut**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen D. Coppolo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Shirley R. Greene**                    represented by **John P. Coakley**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **William P. Mekrut**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **Stephen D. Coppolo**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Margaret C. Andrews**                  represented by **John P. Coakley**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **William P. Mekrut**
                                          (See above for address)
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **Stephen D. Coppolo**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Philip Harding**                       represented by **Joseph P. Dever**
                                          Riley & Dever PC
                                          210 Broadway
                                          Lynnfield Woods Office Park, Suite 101
                                          Lynnfield, MA 01940
                                          781–581–9880
                                          Fax: 781–581–7301
                                          Email: jdever@rileydever.com
                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Ashley R. Pollock**                    represented by **Joseph P. Dever**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Krishan Arora**                        represented by **Joseph P. Dever**
                                          (See above for address)
                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**Ken Vedaa**

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 01/22/2016 | 1 | | NOTICE OF REMOVAL by Andre Bisasor from Suffolk County Superior Court, case number 14–3606C. (Attachments: # 1 Civil Cover Sheet)(Castilla, Francis) (Entered: 01/25/2016) |
| 01/25/2016 | 3 | | General Order 09–1, dated January 6, 2009 regarding the E–Government Act and Personal Identifiers entered. (Castilla, Francis) (Entered: 01/25/2016) |
| 01/25/2016 | 4 | | ELECTRONIC NOTICE of Case Assignment. Judge Denise J. Casper assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Judith G. Dein. (Abaid, Kimberly) (Entered: 01/25/2016) |
| 02/19/2016 | 5 | | MOTION to Remand to State Court by Harvard Extension School/Harvard University, Robert H. Neugeboren, Michael Shinagel, Huntington Lambert, Shirley R. Greene, Margaret C. Andrews.(Mekrut, William) (Entered: 02/19/2016) |
| 02/19/2016 | 6 | | MEMORANDUM in Support re 5 MOTION to Remand to State Court filed by Margaret C. Andrews, Shirley R. Greene, Harvard Extension School/Harvard University, Huntington Lambert, Robert H. Neugeboren, Michael Shinagel. (Attachments: # 1 Exhibit A – State Court Docket, # 2 Exhibit B – Amended Complaint, # 3 Exhibit C – Motion to Dismiss and Memorandum, # 4 Exhibit D – Bankruptcy Docket, # 5 Exhibit E – Creditor Objection, # 6 Exhibit F – Notice of Conversion, # 7 Exhibit G – Notice of Removal)(Mekrut, William) (Entered: 02/19/2016) |
| 02/19/2016 | 7 | | NOTICE of Appearance by Stephen D. Coppolo on behalf of Margaret C. Andrews, Shirley R. Greene, Harvard Extension School/Harvard University, Huntington Lambert, Robert H. Neugeboren, Michael Shinagel (Coppolo, Stephen) (Entered: 02/19/2016) |
| 02/22/2016 | 8 | | NOTICE of Appearance by Joseph P. Dever on behalf of Philip Harding, Ashley R. Pollock, Krishan Arora (Dever, Joseph) (Entered: 02/22/2016) |
| 02/23/2016 | 9 | | MOTION to Remand by Krishan Arora, Philip Harding, Ashley R. Pollock.(Dever, Joseph) (Entered: 02/23/2016) |
| 02/24/2016 | 10 | | Judge Denise J. Casper: ELECTRONIC ORDER entered granting 2 Motion for Leave to Proceed in forma pauperis. "Plaintiff's motion to proceed in forma pauperis (D. 2)is hereby GRANTED." (Hohler, Daniel) Modified on 2/24/2016 (Hohler, Daniel). (Entered: 02/24/2016) |
| 03/03/2016 | 11 | | CORPORATE DISCLOSURE STATEMENT by Harvard Extension School/Harvard University. (Coppolo, Stephen) (Entered: 03/03/2016) |
| 03/09/2016 | 12 | | NOTICE of Change of Address by Andre Bisasor. (Maynard, Timothy) (Entered: 03/09/2016) |
| 03/09/2016 | 13 | | MOTION for CM/ECF Access by Andre Bisasor. (Maynard, Timothy) (Entered: 03/09/2016) |

| 03/09/2016 | 14 | | MOTION to Waive Costs for Copying of Papers of Proceedings by Andre Bisasor.(Maynard, Timothy) (Entered: 03/09/2016) |
|---|---|---|---|
| 03/09/2016 | 15 | | Emergency MOTION to Stay Proceedings by Andre Bisasor. (Attachments: # 1 Exhibits)(Maynard, Timothy) (Entered: 03/09/2016) |
| 03/23/2016 | 16 | | Opposition re 15 MOTION to Stay filed by Margaret C. Andrews, Shirley R. Greene, Harvard Extension School/Harvard University, Huntington Lambert, Robert H. Neugeboren, Michael Shinagel. (Mekrut, William) (Entered: 03/23/2016) |
| 03/31/2016 | 17 | | Judge Denise J. Casper: ELECTRONIC ORDER entered granting 13 Motion for Permission for Access to ECF for Filing. (Hourihan, Lisa) (Entered: 03/31/2016) |
| 03/31/2016 | 18 | | Judge Denise J. Casper: ELECTRONIC ORDER entered denying without prejudice 14 Motion to Waive Costs for Copying of Papers of Proceedings by Andre Bisasor as it is premature given the pendency of motion to remand. (Hourihan, Lisa) (Entered: 03/31/2016) |
| 03/31/2016 | 19 | | Judge Denise J. Casper: ELECTRONIC ORDER entered re: 15 Motion to Stay. Plaintiff's motion to stay DENIED. Plaintiff's motion for sanctions DENIED. Plaintiff may have until April 15, 2016 to file an opposition, not to exceed twenty (20) pages, to Defendants' motion to remand, D. 5. No extensions of this deadline are anticipated. (Hourihan, Lisa) (Entered: 03/31/2016) |
| 04/04/2016 | 20 | | NOTICE of Appearance by John P. Coakley on behalf of Margaret C. Andrews, Shirley R. Greene, Harvard Extension School/Harvard University, Huntington Lambert, Robert H. Neugeboren, Michael Shinagel (Coakley, John) (Entered: 04/04/2016) |
| 05/02/2016 | 21 | | NOTICE OF APPEAL as to 19 Order on Motion to Stay, by Andre Bisasor NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov MUST be completed and submitted to the Court of Appeals. **Counsel shall register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf. Counsel shall also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/cmecf. US District Court Clerk to deliver official record to Court of Appeals by 5/23/2016. (Maynard, Timothy) (Entered: 05/02/2016)** |
| 05/02/2016 | 22 | | MOTION for Leave to Appeal in forma pauperis by Andre Bisasor.(Maynard, Timothy) (Entered: 05/02/2016) |
| 05/02/2016 | 23 | | MOTION to Stay Pending Appeal by Andre Bisasor.(Maynard, Timothy) (Entered: 05/02/2016) |
| 05/06/2016 | 24 | | Supplemental or Amended MOTION to Stay Pending Appeal and Memorandum in Support by Andre Bisasor. (Attachments: # 1 Exhibits)(Maynard, Timothy) (Entered: 05/09/2016) |
| 05/16/2016 | 25 | | Certified and Transmitted Abbreviated Electronic Record on Appeal to US Court of Appeals re 21 Notice of Appeal. (Paine, Matthew) (Entered: 05/16/2016) |

| 05/16/2016 | 26 | | USCA Case Number 16–1546 for 21 Notice of Appeal filed by Andre Bisasor. (Paine, Matthew) (Entered: 05/16/2016) |
|---|---|---|---|
| 05/16/2016 | 27 | | Opposition re 23 MOTION to Stay *Pending Appeal* filed by Margaret C. Andrews, Shirley R. Greene, Harvard Extension School/Harvard University, Huntington Lambert, Robert H. Neugeboren, Michael Shinagel. (Mekrut, William) (Entered: 05/16/2016) |
| 05/20/2016 | 28 | | Opposition re 24 MOTION to Stay *[Supplemental or Amended] Motion* filed by Margaret C. Andrews, Shirley R. Greene, Harvard Extension School/Harvard University, Huntington Lambert, Robert H. Neugeboren, Michael Shinagel. (Mekrut, William) (Entered: 05/20/2016) |
| 05/23/2016 | 29 | | MOTION for Leave to File Amendment to Plaintiff's Motion to Stay and Exceed 20 Page Limit by Andre Bisasor. (Maynard, Timothy) (Entered: 05/23/2016) |
| 05/23/2016 | 30 | | MOTION for Leave to File Reply to Motion to Stay Pending Appeal and to Exceed 20 Page Limit by Andre Bisasor. (Attachments: # 1 Proposed Reply, # 2 Proposed Exhibits to Reply) (Maynard, Timothy) (Main Document 30 replaced on 5/23/2016) (Maynard, Timothy). (Attachment 1 replaced on 5/23/2016) (Maynard, Timothy). (Attachment 2 replaced on 5/23/2016) (Maynard, Timothy). (Entered: 05/23/2016) |
| 05/26/2016 | 31 | | MOTION for Application or Recognition of the Automatic Stay by Andre Bisasor. (Attachments: # 1 Exhibits)(Maynard, Timothy) (Entered: 05/26/2016) |
| 06/06/2016 | 32 | | Opposition re 23 MOTION to Stay Pending Appeal filed by Ken Vedaa. (Maynard, Timothy) (Entered: 06/06/2016) |
| 06/06/2016 | 33 | | Opposition re 30 MOTION for Leave to File *and to Exceed 20 Pages for a Reply/Rebuttal to Harvard Defendants' Opposition to Plaintiff's Motion to Stay Pending Appeal* filed by Margaret C. Andrews, Shirley R. Greene, Harvard Extension School/Harvard University, Huntington Lambert, Robert H. Neugeboren, Michael Shinagel. (Mekrut, William) (Entered: 06/06/2016) |
| 06/09/2016 | 34 | | Opposition re 31 MOTION for Application or Recognition of the Automatic Stay filed by Margaret C. Andrews, Shirley R. Greene, Harvard Extension School/Harvard University, Huntington Lambert, Robert H. Neugeboren, Michael Shinagel. (Coppolo, Stephen) (Entered: 06/09/2016) |
| 06/16/2016 | 35 | | MOTION for Leave to File *Reply* by Andre Bisasor. (Entered: 06/16/2016) |
| 06/22/2016 | 36 | | MOTION for Leave to File *Reply To Opposition By Harvard Defendants* by Andre Bisasor. (Attachments: # 1 Exhibit Supporting Cases) (Entered: 06/22/2016) |
| 06/24/2016 | 37 | | Judge Denise J. Casper: ELECTRONIC ORDER entered denying 22 Motion for Leave to Appeal in forma pauperis. Motion to proceed in forma pauperis on appeal is DENIED given the futility of Plaintiff's interlocutory appeal that is not properly taken under 28 USC 1292(a), (b). (Maynard, Timothy) (Entered: 06/24/2016) |
| 06/24/2016 | 38 | 8 | Judge Denise J. Casper: ELECTRONIC ORDER entered. re 30 MOTION for Leave to File filed by Andre Bisasor, 29 MOTION for Leave to File filed by Andre Bisasor, 24 MOTION to Stay filed by Andre Bisasor, 23 MOTION to |

| | | | |
|---|---|---|---|
| | | | Stay filed by Andre Bisasor, 31 MOTION for Application or Recognition of the Automatic Stay filed by Andre Bisasor. DENIED in light of the Court's ruling in D. 19 (prior order denying Plaintiff's motion for stay) and the Court's ruling on D. 22. (Maynard, Timothy) (Entered: 06/24/2016) |
| 06/24/2016 | 39 | 9 | Judge Denise J. Casper: ELECTRONIC ORDER entered. re 36 MOTION for Leave to File *Reply To Opposition By Harvard Defendants* filed by Andre Bisasor, 35 MOTION for Leave to File *Reply* filed by Andre Bisasor. DENIED as moot. (Maynard, Timothy) (Entered: 06/24/2016) |
| 06/24/2016 | 40 | 10 | Judge Denise J. Casper: ELECTRONIC ORDER entered. re 5 MOTION to Remand to State Court filed by Huntington Lambert, Margaret C. Andrews, Shirley R. Greene, Robert H. Neugeboren, Michael Shinagel, Harvard Extension School/Harvard University, 9 MOTION to Remand filed by Philip Harding, Ashley R. Pollock, Krishan Arora. Having reviewed the motion to remand, D. 5, 9, and having received no opposition to same despite having extended the time for Plaintiff to do so until April 15, 2016, D. 19, Motion to remand to Suffolk Superior Court is GRANTED. (Maynard, Timothy) (Entered: 06/24/2016) |
| 06/24/2016 | 41 | 11 | Judge Denise J. Casper: ORDER entered. ORDER OF REMAND to the Suffolk County Superior Court. (Maynard, Timothy) (Entered: 06/24/2016) |
| 06/29/2016 | 42 | | Case file sent to Suffolk Superior Court. (Maynard, Timothy) (Entered: 06/29/2016) |
| 07/18/2016 | 43 | 12 | NOTICE OF APPEAL as to 38 Order,, 40 Order,, 41 Order of Remand to the State Court, 39 Order, by Andre Bisasor NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov MUST be completed and submitted to the Court of Appeals. **Counsel shall register for a First Circuit CM/ECF Appellate Filer Account at http://pacer.psc.uscourts.gov/cmecf. Counsel shall also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/cmecf. US District Court Clerk to deliver official record to Court of Appeals by 8/8/2016. (Maynard, Timothy) (Entered: 07/25/2016)** |
| 07/25/2016 | 44 | | Certified and Transmitted Abbreviated Electronic Record on Appeal to US Court of Appeals re 43 Notice of Appeal. (Paine, Matthew) (Entered: 07/25/2016) |

```
MIME-Version:1.0
From:ECFnotice@mad.uscourts.gov
To:CourtCopy@localhost.localdomain
Bcc:
--Case Participants: Joseph P. Dever (jdever@rileydever.com), Stephen D. Coppolo
(scoppolo@murphyriley.com), William P. Mekrut (wmekrut@murphyriley.com), John P. Coakley
(jcoakley@murphyriley.com), Andre Bisasor (quickquantum@aol.com), Judge Denise J. Casper
(honorable_denise_casper@mad.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:6680568@mad.uscourts.gov
Subject:Activity in Case 1:16-cv-10105-DJC Bisasor v. Slavenskoj Order
```
Content–Type: text/html

# United States District Court

## District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 6/24/2016 at 10:30 AM EDT and filed on 6/24/2016

| | |
|---|---|
| **Case Name:** | Bisasor v. Slavenskoj |
| **Case Number:** | 1:16–cv–10105–DJC |
| **Filer:** | |
| **Document Number:** | 38(No document attached) |

**Docket Text:**
 **Judge Denise J. Casper: ELECTRONIC ORDER entered. re [30] MOTION for Leave to File filed by Andre Bisasor, [29] MOTION for Leave to File filed by Andre Bisasor, [24] MOTION to Stay filed by Andre Bisasor, [23] MOTION to Stay filed by Andre Bisasor, [31] MOTION for Application or Recognition of the Automatic Stay filed by Andre Bisasor. DENIED in light of the Court's ruling in D. 19 (prior order denying Plaintiff's motion for stay) and the Court's ruling on D. 22. (Maynard, Timothy)**

**1:16–cv–10105–DJC Notice has been electronically mailed to:**

Joseph P. Dever    jdever@rileydever.com

John P. Coakley    jcoakley@murphyriley.com

William P. Mekrut    WMekrut@MurphyRiley.com

Stephen D. Coppolo    scoppolo@murphyriley.com

Andre Bisasor    quickquantum@aol.com

**1:16–cv–10105–DJC Notice will not be electronically mailed to:**

```
MIME-Version:1.0
From:ECFnotice@mad.uscourts.gov
To:CourtCopy@localhost.localdomain
Bcc:
--Case Participants: John P. Coakley (jcoakley@murphyriley.com), Stephen D. Coppolo
(scoppolo@murphyriley.com), Joseph P. Dever (jdever@rileydever.com), William P. Mekrut
(wmekrut@murphyriley.com), Andre Bisasor (quickquantum@aol.com), Judge Denise J. Casper
(honorable_denise_casper@mad.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:6680583@mad.uscourts.gov
Subject:Activity in Case 1:16-cv-10105-DJC Bisasor v. Slavenskoj Order
```
Content–Type: text/html

# United States District Court

## District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 6/24/2016 at 10:32 AM EDT and filed on 6/24/2016

| | |
|---|---|
| **Case Name:** | Bisasor v. Slavenskoj |
| **Case Number:** | 1:16–cv–10105–DJC |
| **Filer:** | |
| **Document Number:** | 39(No document attached) |

**Docket Text:**
 Judge Denise J. Casper: ELECTRONIC ORDER entered. re [36] MOTION for Leave to File *Reply To Opposition By Harvard Defendants* filed by Andre Bisasor, [35] MOTION for Leave to File *Reply* filed by Andre Bisasor. DENIED as moot. (Maynard, Timothy)

**1:16–cv–10105–DJC Notice has been electronically mailed to:**

Joseph P. Dever    jdever@rileydever.com

John P. Coakley    jcoakley@murphyriley.com

William P. Mekrut    WMekrut@MurphyRiley.com

Stephen D. Coppolo    scoppolo@murphyriley.com

Andre Bisasor    quickquantum@aol.com

**1:16–cv–10105–DJC Notice will not be electronically mailed to:**

```
MIME-Version:1.0
From:ECFnotice@mad.uscourts.gov
To:CourtCopy@localhost.localdomain
Bcc:
--Case Participants: Joseph P. Dever (jdever@rileydever.com), Stephen D. Coppolo
(scoppolo@murphyriley.com), William P. Mekrut (wmekrut@murphyriley.com), John P. Coakley
(jcoakley@murphyriley.com), Andre Bisasor (quickquantum@aol.com), Judge Denise J. Casper
(honorable_denise_casper@mad.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:6680602@mad.uscourts.gov
Subject:Activity in Case 1:16-cv-10105-DJC Bisasor v. Slavenskoj Order
Content-Type: text/html
```

## United States District Court

## District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 6/24/2016 at 10:36 AM EDT and filed on 6/24/2016

| | |
|---|---|
| **Case Name:** | Bisasor v. Slavenskoj |
| **Case Number:** | 1:16–cv–10105–DJC |
| **Filer:** | |
| **Document Number:** | 40(No document attached) |

**Docket Text:**
 **Judge Denise J. Casper: ELECTRONIC ORDER entered. re [5] MOTION to Remand to State Court filed by Huntington Lambert, Margaret C. Andrews, Shirley R. Greene, Robert H. Neugeboren, Michael Shinagel, Harvard Extension School/Harvard University, [9] MOTION to Remand filed by Philip Harding, Ashley R. Pollock, Krishan Arora. Having reviewed the motion to remand, D. 5, 9, and having received no opposition to same despite having extended the time for Plaintiff to do so until April 15, 2016, D. 19, Motion to remand to Suffolk Superior Court is GRANTED. (Maynard, Timothy)**


**1:16–cv–10105–DJC Notice has been electronically mailed to:**

Joseph P. Dever     jdever@rileydever.com

John P. Coakley     jcoakley@murphyriley.com

William P. Mekrut     WMekrut@MurphyRiley.com

Stephen D. Coppolo     scoppolo@murphyriley.com

Andre Bisasor     quickquantum@aol.com

**1:16–cv–10105–DJC Notice will not be electronically mailed to:**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANDRE BISASOR
                Plaintiff(s)


V.                                     CIVIL ACTION NO. 16-10105-DJC


DANSLAV SLAVENSKOJ ET AL.
                Defendant(s)


CASPER, D.J.

ORDER OF REMAND

In accordance with the Court's allowance of the defendant's Motion to Remand on

June 24, 2016; it is hereby ORDERED:

Case is REMANDED to Suffolk County Superior Court.


                                     Robert Farrell, Clerk



June 24, 2016                          By: /s/ Timothy R. Maynard
                                      Deputy Clerk

UNITED STATES FEDERAL FIRST CIRCUIT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL DOCKET NO: 16-1546

| | |
|---|---|
| ANDRE BISASOR | ) |
| PLAINTIFF, | ) |
| | ) |
| V. | ) |
| | ) |
| DANSLAV SLAVENSKOJ, ET AL, | ) |
| DEFENDANTS | ) |

**NOTICE OF APPEAL ON ORDERS ENTERED BY JUDGE DENISE CASPER REGARDING VARIOUS MOTIONS IN DISTRICT COURT FOR CASE # 16-CV-10105**

Notice is hereby given that Andre Bisasor, the Plaintiff in the above named case, hereby appeal to the United States Court of Appeals for the Federal Circuit from the orders entered by Judge Denise J. Casper in the United States District Court for The District of Massachusetts, as follows:

1) #38 - ELECTRONIC ORDER entered 6/24/16. Re:
   a. [31] MOTION for Application or Recognition of the Automatic Stay filed by Andre Bisasor. DENIED in light of the Court's ruling in D. 19 (prior order denying Plaintiff's motion for stay) and the Court's ruling on D. 22
   b. [30] MOTION for Leave to File filed by Andre Bisasor, DENIED in light of the Court's ruling in D. 19 (prior order denying Plaintiff's motion for stay) and the Court's ruling on D. 22.
   c. [29] MOTION for Leave to File filed by Andre Bisasor, DENIED in light of the Court's ruling in D. 19 (prior order denying Plaintiff's motion for stay) and the Court's ruling on D. 22.
   d. [24] MOTION to Stay filed by Andre Bisasor, DENIED in light of the Court's ruling in D. 19 (prior order denying Plaintiff's motion for stay) and the Court's ruling on D. 22.
   e. [23] MOTION to Stay filed by Andre Bisasor, DENIED in light of the Court's ruling in D. 19 (prior order denying Plaintiff's motion for stay) and the Court's ruling on D. 22.

2) #39 - ELECTRONIC ORDER entered 6/24/16. Re:

a. [36] MOTION for Leave to File Reply To Opposition By Harvard Defendants filed by Andre Bisasor, DENIED as moot.

b. [35] MOTION for Leave to File Reply filed by Andre Bisasor. DENIED as moot.

3) #40 - ELECTRONIC ORDER entered 6/24/16. Re:

a. [5] MOTION to Remand to State Court filed by Huntington Lambert, Margaret C. Andrews, Shirley R. Greene, Robert H. Neugeboren, Michael Shinagel, Harvard Extension School/Harvard University, Motion to remand to Suffolk Superior Court is GRANTED.

b. [9] MOTION to Remand filed by Philip Harding, Ashley R. Pollock, Krishan Arora. Having reviewed the motion to remand, D. 5, 9, and having received no opposition to same despite having extended the time for Plaintiff to do so until April 15, 2016, D. 19, Motion to remand to Suffolk Superior Court is GRANTED.

4) #41 - ORDER entered 6/24/16. ORDER OF REMAND to the Suffolk County Superior Court.


I also intend/request that my appeal of all of these orders be consolidated into one Appeal, along with my prior Appeal/Notice of Appeal made on 5/2/16 with assigned USCA case number 16-546.


Respectfully submitted,

Plaintiff Andre Bisasor
119 Drum Hill Rd, #233
Chelmsford MA 01824
781-492-5675

Dated: July 18, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on this date, upon information and belief, the Court's ECF system will serve an electronic copy of the foregoing upon the following counsel of record:


William Mekrut

Murphy & Riley P.C.

101 Summer Street

Boston, MA 02110


Joseph P. Dever, Esquire

Riley & Dever, P.C.

Lynnfield Woods Office Park

210 Broadway, Suite 101

Lynnfield, MA 01940-2351


I further certify that on this date, I caused a copy of the foregoing to be served upon each of the following non-ECF registered parties:


Ken Vedaa, pro se

16970 Highland Cir

Paeonian Springs, VA 20129


Danslav Slavenskoj, pro se

2 Greenough Ave., #8

Boston, MA 02130


Plaintiff Andre Bisasor
119 Drum Hill Rd, #233
Chelmsford MA 01824
781-492-5675


Dated: July 18, 2016