# United States Court of Appeals
## For the First Circuit

Nos. 16-1546
     16-1977

ANDRE BISASOR,

Plaintiff, Appellant,

v.

DANSLAV SLAVENSKOJ; HARVARD EXTENSION SCHOOL / HARVARD UNIVERSITY; ROBERT H. NEUGEBOREN; MICHAEL SHINAGEL; HUNTINGTON LAMBERT; SHIRLEY R. GREENE; MARGARET C. ANDREWS; PHILIP HARDING; ASHLEY R. POLLOCK; KRISHAN ARORA; KEN VEDAA,

Defendants, Appellees.

Before

Howard, <u>Chief Judge</u>,
Lynch and Thompson, <u>Circuit Judges</u>.

**JUDGMENT**

Entered: March 2, 2017

    Plaintiff appeals from the remand of his case to state court and from the denial of various motions. We lack jurisdiction to review the remand pursuant to 28 U.S.C. § 1447(d), and, even if we have jurisdiction to review the denial of plaintiff's motions, they were properly denied.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Andre Bisasor, Danslav Slavenskoj, John Patrick Coakley, William P. Mekrut, Stephen David Coppolo, Joseph Patrick Dever