# United States Court of Appeals
## For the First Circuit

No. 16-1977

ANDRE BISASOR

Plaintiff - Appellant

v.

DANSLAV SLAVENSKOJ; HARVARD EXTENSION SCHOOL / HARVARD
UNIVERSITY; ROBERT H. NEUGEBOREN; MICHAEL SHINAGEL; HUNTINGTON
LAMBERT; SHIRLEY R. GREENE; MARGARET C. ANDREWS; PHILIP HARDING;
ASHLEY R. POLLOCK; KRISHAN ARORA; KEN VEDAA

Defendants - Appellees

**MANDATE**

Entered: March 24, 2017

In accordance with the judgment of March 2, 2017, and pursuant to Federal Rule of
Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Andre Bisasor
John Patrick Coakley
Stephen David Coppolo
Joseph Patrick Dever
William P. Mekrut
Danslav Slavenskoj